**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| PRINTFLY CORPORATION | : | CIVIL ACTION | |
| d/b/a RushOrderTees.com, | : | | |
| Plaintiff, | : | CASE NO. | |
| v. | : | | |
| | : | | |
| DEKEO INC., | : | | |
| | : | | |
| *and* | : | | |
| | : | | |
| JIFFYSHIRTS.COM US, L.P., | : | | |
| Defendants. | : | | |

**DEFENDANTS DEKEO, INC.'S AND JIFFYSHIRTS.COM US, L.P.'S
NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants, Dekeo, Inc. and

Jiffyshirts.com US, L.P., by and through their undersigned counsel, hereby removes the subject

action from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United

States District Court for the Eastern District of Pennsylvania. In support of this Notice of

Removal, Defendants state as follows:

**<u>Background</u>**

1.      On May 21, 2019, Plaintiff Printfly Corporation d/b/a RushOrderTees.com

("Plaintiff") commenced this litigation by filing a Complaint in the Court of Common Pleas of

Philadelphia County, Pennsylvania ("Complaint").  A copy of the Complaint is attached hereto

as Exhibit "A".

2.      The Complaint requested only a declaratory judgment to preclude Defendant

Dekeo Inc. from enforcing its Non-Competition Agreement with former employees. *See*

Complaint ¶¶ 35-43. The original complaint did not include any claims arising from any federal

statutes and did not request any damages.  In addition, the Complaint did not name as a defendant, Jiffyshirts.com US, L.P.

3.	On October 31, 2019, Plaintiff filed a Motion for Leave to File an Amended Complaint in the Court of Common Pleas of Philadelphia County, Pennsylvania ("Amended Complaint"). A copy of the Amended Complaint is attached hereto as Exhibit "B". The Amended Complaint added as a new defendant, Jiffyshirts.com US, L.P.  Dekeo, Inc. and Jiffyshirts.com US, L.P. shall collectively be referred to as "Defendants".

4.	The Court of Common Pleas of Philadelphia County, Pennsylvania granted the filing of the Amended Complaint on January 15, 2020. A copy of the Order granting Plaintiff's Motion to Amend is attached hereto as Exhibit "C".

5.	In its Amended Complaint, Plaintiff has filed, *inter alia*, new claims against Defendants under a Federal statute, the Lanham Act, 15 U.S.C. § § 1125(a)(1)(A) and 1125(a)(1)(B), based on allegations of false and deceptive advertising and a claim for damages under Pennsylvania common law unfair competition.  *See* Amended Complaint ¶¶ 127-156.

**Timeliness of Removal**

6.	28 U.S.C. § 1446(b) provides that a notice of removal must be filed within 30 days after the defendant receives a copy of the pleading setting forth the claim for relief and the basis of such claim.

7.	In terms of a Motion to Amend a Complaint, the 30-day removal period in 28 U.S.C. § 1446(b), begins to run when the state court grants the motion to amend.

8.	Plaintiff's Motion to Amend the Complaint was granted by Court of Common Pleas of Philadelphia County, Pennsylvania on January 15, 2020.

9. The Amended Complaint added Jiffyshirts.com US, L.P., as a defendant on January 15, 2020.

10. Jiffyshirts.com US, L.P. was served with the Amended Complaint on February 6, 2020.

11. The removal of this action is timely as to Dekeo because it was accomplished within thirty (30) days of the date on which Plaintiff's Motion to Amend was granted. *See McDonough v. UGL Unico, et al.*, 766 F.Supp.2d 544, 546 (E.D. Pa. 2011) ("an amended complaint that would provide a basis for subject matter jurisdiction does not become removable until the motion to amend is granted and the amended complaint becomes effective"). "Where leave to amend is required, an amended complaint cannot be operative until that leave has been granted." *Id.*; *see also Sullivan v. Conway*, 157 F.3d 1092, 1094 (7th Cir. 1998) (case becomes removable when motion to amend complaint granted adding a federal claim).

12. The removal of this action is timely because it was accomplished within thirty (30) days of the date on which Jiffyshirts.com US, L.P. was served the Amended Complaint.

## Venue

13. Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the Eastern District of Pennsylvania is the proper venue for removal because it embraces the place where the action is pending. 28 U.S.C. §§ 1441(a) and 1446(a).

## Federal Question Jurisdiction

14. Removal is appropriate because this Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since the cause of action arises under the laws of the United States.

15.     According to the Amended Complaint, Plaintiff alleges violations of the Lanham Act, specifically, 15 U.S.C. § § 1125(a)(1)(A) and 1125(a)(1)(B).

16.     The Lanham Act is a federal statute that governs trademarks, service marks and unfair competition.

17.     Accordingly, this matter presents a federal question and removal is appropriate under 28 U.S.C. § 1441(a).

18.     The removal of this action is timely because it was accomplished within thirty (30) days of the date on which the Amended Complaint was filed that added claims under a federal statute and Defendant Jiffyshirts.com US, L.P. was added as a defendant to this case. 28 U.S.C. § 1446(b).

## Consent to Removal

19.     All Defendants consent to this removal.

## Notice of Removal

20.     Notice of this removal will be promptly filed with the Court of Common Pleas of Philadelphia County, Pennsylvania and served upon all adverse parties.

**WHEREFORE**, Defendants Dekeo, Inc. and Jiffyshirts.com US, L.P., by their undersigned counsel, removes the subject action from the Court of Common Pleas of Philadelphia County, Pennsylvania to this United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

/s/ Larry M. Keller
Gary Green, Esquire
Larry M. Keller, Esquire
Sidkoff, Pincus & Green, P.C.
1101 Market Street, Suite 2700
Philadelphia, PA 19107
gg@greatlawyers.com
lmk@sidkoffpincusgreen.com
Telephone: (215) 574-0600
Fax: (215) 574-0310

Dated: February 10, 2020                    *Counsel for Defendants*

# Exhibit A

# Court of Common Pleas of Philadelphia County
## Trial Division
# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

MAY 2019    009004

| | |
|---|---|
| PLAINTIFF'S NAME<br>Printfly Corporation d/b/a RushOrderTees.com | DEFENDANT'S NAME<br>Dekeo Inc., d/b/a JiffyShirts.com |
| PLAINTIFF'S ADDRESS<br>2727 Commerce Way<br>Philadelphia, PA 19154 | DEFENDANT'S ADDRESS<br>1000 N. West Street<br>Wilmington, DE 19801 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NO. OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | ☒ Complaint ☐ Petition Action ☐ Notice of Appeal<br>☐ Writ of Summons ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☐ Jury<br>☒ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☒ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

CASE TYPE AND CODE (SEE INSTRUCTIONS)
1C - Contract

STATUTORY BASIS FOR CAUSE OF ACTION (SEE INSTRUCTIONS)

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|
| | Yes   No<br>☐   ☐<br>☐   ☐<br>☐   ☐ |

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant:

Papers may be served at the address set forth below.

| | |
|---|---|
| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>Anton Kaminsky, Esquire | ADDRESS (SEE INSTRUCTIONS)<br>1524 Locust Street<br>Philadelphia, PA 19102 |
| PHONE NUMBER<br>215-735-3900 | FAX NUMBER<br>215-735-2455 | |
| SUPREME COURT IDENTIFICATION NO.<br>322660 | E-MAIL ADDRESS<br>akaminsky@bochettoandlentz.com |
| SIGNATURE | DATE<br>5/22/19 |

Form 2-4

page FORMS–5

# COMMERCE PROGRAM ADDENDUM
# TO CIVIL COVER SHEET

This case *is* subject to the Commerce Program because it is not an arbitration matter and it falls within one or more of the following types (check all applicable):

___ 1. Actions relating to the internal affairs or governance, dissolution or liquidation, rights or obligations between or among owners (shareholders, partners, members), or liability or indemnity of managers (officers, directors, managers, trustees, or members or partners functioning as managers) of business corporations, partnerships, limited partnerships, limited liability companies or partnerships, professional associations, business trusts, joint ventures or other business enterprises, including but not limited to any actions involving interpretation of the rights or obligations under the organic law (e.g., Pa. Business Corporation Law), articles of incorporation, by-laws or agreements governing such enterprises;

___ 2. Disputes between or among two or more business enterprises relating to transactions, business relationships or contracts between or among the business enterprises. Examples of such transactions, relationships and contracts include:
    ___ a. Uniform Commercial Code transactions;
    ___ b. Purchases or sales of business or the assets of businesses;
    ___ c. Sales of goods or services by or to business enterprises;
    ___ d. Non-consumer bank or brokerage accounts, including loan, deposit cash management and investment accounts;
    ___ e. Surety bonds;
    ___ f. Purchases or sales or leases of, or security interests in, commercial, real or personal property; and
    ___ g. Franchisor/franchisee relationships.

X 3. Actions relating to trade secret or non-compete agreements;

___ 4. "Business torts," such as claims of unfair competition, or interference with contractual relations or prospective contractual relations;

___ 5. Actions relating to intellectual property disputes;

___ 6. Actions relating to securities, or relating to or arising under the Pennsylvania Securities Act;

___ 7. Derivative actions and class actions based on claims otherwise falling within these ten types, and consumer class actions other than personal injury and products liability claims;

___ 8. Actions relating to corporate trust affairs;

___ 9. Declaratory judgment actions brought by insurers, and coverage dispute and bad faith claims brought by insureds, where the dispute arises from a business or commercial insurance policy, such as a Commercial General Liability policy;

___ 10. Third-party indemnification claims against insurance companies where the subject insurance policy is a business or commercial policy and where the underlying dispute would otherwise be subject to the Commerce Program, not including claims where the underlying dispute is principally a personal injury claim.

*Instructions:* Please see Commerce Case Management Program: Procedure for Disposition of Commerce Program Cases Filed On and After January 1, 2000. Arbitration matters are not subject to the Commerce Program. Note that the following types of matters are **not** to be included in the Commerce Program:

1. Matters subject to Compulsory Arbitration in this Court or to the jurisdiction of the Municipal Court, including any appeals.

2. Personal injury, survival or wrongful death matters.

3. Individual (non-class) consumer claims against businesses or insurers, including products liability and personal injury cases.

4. Matters involving occupational health or safety.

5. Environmental claims not involved in the sale or disposition of a business and other than those addressed in Commerce Program types 9 or 10 above.

6. Matters in eminent domain.

7. Malpractice claims, other than those brought by business enterprises against attorneys, or accountants, architects or other professionals in connection with the rendering of professional services to the business enterprise.

8. Employment law cases, other than those referenced in Commerce Program type 3 above.

9. Administrative agency, tax, zoning and other appeals.

10. Petition Actions in the nature of Change of Name, Mental Health Act Petitions, Petitions to Appoint an Arbitrator, Government Election Matters, Leave to Issue Subpoena, Compel Medical Examination.

11. Individual residential real estate and non-commercial landlord-tenant disputes.

12. Domestic relations matters, and actions relating to distribution of marital property, custody or support.

13. Any matter required by statute, including 20 Pa. C.S. Chapter 7, §§ 711 & 713, to be heard in the Orphans' Court or Family Court Division of the Philadelphia Court of Common Pleas, or other matter which has heretofore been within the jurisdiction of the Orphans' Court or Family Court Division of this Court.

14. Any criminal matter other than criminal contempt in connection with a Commerce Program action.

15. Such other matters as the Court shall determine.

# Instructions for Completing Civil Cover Sheet

Rules of Court require that a Civil Cover Sheet be attached to any document commencing an action (whether the action is commenced by Complaint, Writ of Summons, Notice of Appeal, or by Petition). The information requested is necessary to allow the Court to properly monitor, control and dispose cases filed. A copy of the Civil Cover Sheet must be attached to service copies of the document commencing an action. The attorney or non-represented party filing a case shall complete the form as follows:

**A. Parties**

    *I.   Plaintiffs/Defendants*
    Enter names (last, first, middle initial) of plaintiff, petitioner or appellant ("plaintiff") and defendant. If the plaintiff or defendant is a government agency or corporation, use the full name of the agency or corporation. In the event there are more than three plaintiffs and/or three defendants, list the additional parties on the Supplemental Parties Form. Husband and wife are to be listed as separate parties.

    *II.   Parties' Addresses*
    Enter the address of the parties at the time of filing of the action. If any party is a corporation, enter the address of the registered office of the corporation.

    *III.   Number of Plaintiffs/Defendants:*  Indicate the total number of plaintiffs and total number of defendants in the action.

**B.   Commencement Type:**  Indicate type of document filed to commence the action.

**C.   Amount in Controversy:**  Check the appropriate box.

**D.   Court Program:**  Check the appropriate box.

**E.   Case Types:**  Insert the code number and type of action by consulting the list set forth hereunder. To perfect a jury trial, the appropriate fees must be paid as provided by rules of court.

### Proceedings Commenced by Appeal

**Minor Court**
| | |
|---|---|
| 5M | Money Judgment |
| 5L | Landlord and Tenant |
| 5D | Denial Open Default Judgment |
| 5E | Code Enforcement |
| | Other: |

**Local Agency**
| | |
|---|---|
| 5B | Motor Vehicle Suspension—Breathalizer |
| 5V | Motor Vehicle Licenses, Inspections, Insurance |
| 5C | Civil Service |
| 5K | Philadelphia Parking Authority |
| 5Q | Liquor Control Board |
| 5R | Board of Revision of Taxes |
| 5X | Tax Assessment Boards |
| 5Z | Zoning Board |
| 52 | Board of View |
| 51 | Other: |

Other:

### Proceedings Commenced by Petition
| | |
|---|---|
| 8P | Appointment of Arbitrators |
| 8C | Name Change—Adult |
| 8L | Compel Medical Examination |
| 8D | Eminent Domain |
| 8E | Election Matters |
| 8F | Forfeiture |
| 8S | Leave to Issue Subpoena |
| 8M | Mental Health Proceedings |
| 8G | Civil Tax Case—Petition |

Other:

### Actions Commenced by Writ of Summons or Complaint

**Contract**
| | |
|---|---|
| 1C | Contract |
| 1T | Construction |
| 1O | Other: |

**Tort**
| | |
|---|---|
| 2B | Assault and Battery |
| 2L | Libel and Slander |
| 4F | Fraud |
| 1J | Bad Faith |
| 2E | Wrongful Use of Civil Process |
| | Other: |

**Negligence**
| | |
|---|---|
| 2V | Motor Vehicle Accident |
| 2H | Other Traffic Accident |
| 1F | No Fault Benefits |
| 4M | Motor Vehicle Property Damage |
| 2F | Personal Injury—FELA |
| 2O | Other Personal Injury |
| 2S | Premises Liability—Slip & Fall |
| 2P | Product Liability |
| 2T | Toxic Tort |
| | *T1  Asbestos* |
| | *TZ  DES* |
| | *T2  Implant* |
| 3E | Toxic Waste |
| | Other: |

**Professional Malpractice**
| | |
|---|---|
| 2D | Dental |
| 4L | Legal |
| 2M | Medical |
| 4Y | Other: |
| 1G | Subrogation |

**Equity**
| | |
|---|---|
| E1 | No Real Estate |
| E2 | Real Estate |
| 1D | Declaratory Judgment |
| M1 | Mandamus |

**Real Property**
| | |
|---|---|
| 3R | Rent, Lease, Ejectment |
| Q1 | Quiet Title |
| 3F | Mortgage Foreclosure |
| 1L | Mechanics Lien |
| P1 | Partition |
| | Prevent Waste |
| 1V | Replevin |
| 1H | Civil Tax Case—Complaint |

Other:

**F.   Commerce Program**
Commencing January 3, 2000 the First Judicial District instituted a Commerce Program for cases involving corporations and corporate law issues, in general. If the action involves corporations as litigants or is deemed a Commerce Program case for other reasons, please check this block AND complete the information on the "Commerce Program Addendum". For further instructions, see Civil Trial Division Administrative Docket 01 of 1999.

**G.   Statutory Basis for Cause of Action**
If the action is commenced pursuant to statutory authority ("Petition Action"), the specific statute must be identified.

**H.   Related Pending Cases**
All previously filed related cases, regardless of whether consolidated by Order of Court or Stipulation, must be identified.

**I.   Plaintiff's Attorney**
The name of plaintiffs attorney must be inserted herein together with other required information. In the event the filer is not represented by an attorney, the name of the filer, address, the phone number and signature is required.

## The current version of the Civil Cover Sheet may be downloaded from the FJD's website
## http://courts.phila.gov

**BOCHETTO & LENTZ, P.C.**
By:    Gavin P. Lentz, Esquire
       Anton Kaminsky, Esquire
Attorney I.D. No: 53609, 322660
1524 Locust Street
Philadelphia, PA  19102
(215) 735-3900
glentz@bochettoandlentz.com
akaminsky@bochettoandlentz.com

*Attorney for Plaintiffs*

---

**PRINTFLY CORPORATION**
**d/b/a RushOrderTees.com**
2727 Commerce Way
Philadelphia, PA  19154

                              :
                              :
                              :
                              :
                              :
                              :

            *Plaintiff*       :

       v.                     :

**DEKEO INC. d/b/a JiffyShirts.com**
1000 N. West Street, Suite 1200
Wilmington, DE 19801

                              :
                              :
                              :
            *Defendant*       :
                              :

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY,
PENNSYLVANIA
**MAY 2019**
No.
**009004**

**COMMERCE PROGRAM**

**NON-JURY**

---

**NOTICE**

NOTICE

You have been sued in court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you.  You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff.  You may lose money or property or other rights important to you.
YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

Lawyer Referral and Information Service:
Court Administrators for Centre County
Courthouse - Second Floor
High & Allegheny Streets
Bellefont, PA 16823
Telephone: (814) 355-6727

AVISO

Le han demandado a usted en la corte.  Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion.  Hace falta asentar una comparesencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona.  Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion.  Ademas, la corte puede decidir a favor del demandante y requier que usted cumpla con todas las provisiones de esta demanda.  Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.
LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE, SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

Lawyer Referral and Information Service:
Court Administrators for Centre County
Courthouse - Second Floor
High & Allegheny Streets
Bellefont, PA 16823
Telephone: (814) 355-6727

**BOCHETTO & LENTZ, P.C.**
By:     Gavin P. Lentz, Esquire
          Anton Kaminsky, Esquire
Attorney I.D. No: 53609, 322660
1524 Locust Street
Philadelphia, PA 19102                             *Attorney for Plaintiffs*
(215) 735-3900
glentz@bochettoandlentz.com
akaminsky@bochettoandlentz.com

---

| | |
|---|---|
| **PRINTFLY CORPORATION**<br>**d/b/a RushOrderTees.com**<br>2727 Commerce Way<br>Philadelphia, PA 19154     : <br>    :<br>    :<br>    :<br>    : <br>*Plaintiff*     :<br>    :<br>v.     :<br>    :<br>**DEKEO INC. d/b/a JiffyShirts.com**  :<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801<br>    :<br>*Defendant*     :<br>    : | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY,<br>PENNSYLVANIA<br><br>No.<br><br><br>**COMMERCE PROGRAM**<br><br>**NON-JURY** |

---

## COMPLAINT

**AND NOW**, Comes, Plaintiff, Printfly Corporation d/b/a RushOrderTees.com ("Printfly" or "Plaintiff"), by and through undersigned counsel, Bochetto & Lentz, P.C., and hereby states as follows in support of this action for declaratory relief against Defendant, Dekeo Inc. d/b/a JiffyShirts.com ("Dekeo" or "Defendant"):

### THE PARTIES

1.     Plaintiff, Printfly Corporation d/b/a RushOrderTees.com ("Printfly") is a Pennsylvania corporation headquartered in Philadelphia that may be served at 2727 Commerce Way, Philadelphia, PA 19154.

2.    Defendant, Dekeo Inc. d/b/a JiffyShirts.com ("Dekeo") is, upon information and belief a Delaware corporation with a listed business address of 1000 N. West Street, Suite 1200, Wilmington, DE 19801.

3.    Dekeo operates a website called JiffyShirts.com which regularly sells and ships blank apparel to Philadelphia County.

4.    On May 17, 2019, Dekeo sold and shipped its products to Philadelphia, Pennsylvania for pecuniary gain. (*See* Purchase and Shipping information for an order Defendant mailed to Philadelphia County attached hereto as **Exhibit "A"**).

5.    Dekeo regularly conducts business in Philadelphia County, transacts business in Philadelphia County, and is subject to the jurisdiction of Pennsylvania's courts.

## SUMMARY OF THE CASE

6.    Dekeo has threatened Printfly with litigation despite that there is no basis to sue Printfly. This declaratory judgment has been filed to resolve the controversy between the parties.

7.    This dispute arises from Printfly's recent hire of two of Dekeo's ex-employees. Shortly after Printfly hired the two individuals, Defendant mailed a notice to Printfly's Philadelphia headquarters alleging that one of the employees is prohibited from working for Printfly pursuant to the employee's non-compete agreement with Dekeo. Printfly seeks this Court's intervention to interpret the Non-Compete agreement (and any other relevant agreements), and to declare that Printfly's continued employment of the individual is not in violation of the individual's agreement with Dekeo.

## JURISDICTION AND VENUE

8.    This Court has subject matter jurisdiction over this matter pursuant to 42 Pa. C.S.A. § 931(a) and has personal jurisdiction over Defendant pursuant to 42 Pa.C.S.A. § 5322 because

Defendant sells and ships products for pecuniary gain in this Commonwealth, as set forth more fully above.

9.     Venue is proper in the Philadelphia County Court of Common Pleas under Rules 1006 and 2179 of the Pennsylvania Rules of Civil Procedure as Printfly is located in Philadelphia County, Defendant regularly conducts business in Philadelphia County, and the occurrence and factual circumstances giving rise to the instant dispute – Jason Haft's employment with Printfly – occurred in Philadelphia County.

## FACTS COMMON TO ALL COUNTS

10.     On May 17, 2019, Printfly received a notice of an alleged breach of Jason Haft ("Mr. Haft")'s agreement with Dekeo. (*See* May 17, 2019 Letter from Dekeo to Printfly attached hereto as **Exhibit "B"**).

11.     According to Defendant's letter, "Mr. Haft's employment with Printfly renders him in breach of his Non-Compete Agreement, dated May 17, 2018." (*See* Ex. B).

12.     Additionally, according to the letter, Defendant "has reason to believe that Mr. Haft has participated in soliciting a Company employee, Eric McLeer, to join Printfly in further violation of his Non-Compete Agreement." (*See* Ex. B).

13.     The letter claims that Printfly's continued employment of Mr. Haft exposes it to significant liability and seeks that Printfly terminate Mr. Haft and "confirm that Mr. Haft is no longer employed with Printfly."

14.     However, Printfly has taken significant measures to ensure that it's recruitment and continued employment of Mr. Haft and Mr. McLeer does not violate their obligations to Dekeo.

15.     Printfly believes that its conduct is not in violation of Mr. Haft's agreement, any statute, or any Pennsylvania common law and seeks declaratory relief from this Court.

## Dekeo's CEO Admitted that Printfly and Dekeo are Not Competitors

16.     Printfly and Dekeo engage in substantially different businesses; Dekeo, through its website JiffyShirts.com engages in the online retail of *blank apparel* and Printfly, through its website RushOrderTees.com engages in the online retail of *custom printed apparel*.

17.     According to Printfly's website, RushOrderTees.com, "[s]ince 2002, we've been obsessing over every detail of *custom printing and apparel*. From *screenprinting and embroidery to tackle twill and foil printing*, our experts can handle any requests of any size. Today we've *printed* over 17 million pieces for over 400,000 happy customers and we're just getting started!" (*See* RushOrderTees.com webpage attached hereto as **Exhibit "C"**) (emphasis added).

18.     Conversely, Dekeo's website expressly states that "*We do not print or embroider. For blanks, our prices can't be beat!*" (*See* JiffyShirts.com "Contact Us" webpage attached hereto as **Exhibit "D"**) (emphasis added).

19.     Although blank apparel is available for purchase through Printfly, it makes up a very small portion of Printfly's business.

20.     Importantly, Dekeo's CEO, Chris Serflek ("Mr. Serflek") has acknowledged that Printfly and Dekeo are not competitors.

21.     In or about the summer of 2018, while evaluating a decision to hire a Printfly executive and whether the hire would cause the executive to breach his non-compete with Printfly, Mr. Serflek stated that "we fall cleanly outside the definition of competing business" and advocated for the hire.

## Printfly's employment of Jason Haft is not in violation of his Non-Compete Agreement

22.     Mr. Haft's Non-Compete agreement states that for twelve (12) months after his resignation from Dekeo:

> Employee agrees not to ***engage in competing business practices*** in the areas of ***reselling blank promotional apparel*** and/or online 3rd party marketplaces for customization services, in particular in the promotional products industry.

(*See* Mr. Haft's Non-Compete Agreement attached hereto as **Exhibit "E"**) (emphasis added).

23. Printfly hired Mr. Haft to work on their core business, RushOrderTees.com which sells ***custom printed apparel***.

24. Mr. Haft's duties with Printfly will not require him to engage in the areas of reselling blank promotional apparel and/or online 3rd party marketplaces for customization services.

25. Accordingly, as long as Mr. Haft is focused on Printfly's core business, ***custom printed apparel***, he is not engaging in a business practice that is competitive with Dekeo.

26. Additionally, Printfly has been proactive in "walling-off" Mr. Haft from any portion of Printfly's business that could be viewed as a "competing business practice" and has taken measures to ensure that Mr. Haft does not participate any part of Printfly's business that engages in the resale of ***blank promotional apparel***.

27. On April 1, 2019, Printfly notified its other employees that Mr. Haft is not permitted to help or work on any part of Printfly's business that resells blank t-shirts or 3rd party marketplaces and implemented rules to ensure that Mr. Haft is walled off from participating or assisting with anything that may cause Printfly to run afoul of Mr. Haft's Non-Compete.

28. Additionally, in correspondence dated May 10, 2019, Printfly assured Dekeo that it notified its employees about Mr. Haft's agreement and intends to ensure that he doesn't violate his agreement. (*See* Printfly's May 10, 2019 Letter and its enclosed exhibits attached hereto as **Exhibit "F"**).

29.     Accordingly, Printfly seeks that this Court declare that Mr. Haft's continued employment for Printfly's core RushOrderTees.com business is not in violation of his agreement with Dekeo.

### Mr. Haft did not Directly or Indirectly Solicit Eric McLeer

30.     Upon information and belief, Mr. McLeer does not have a Non-Compete agreement with Dekeo.

31.     Although Defendant has not mailed a separate notice for Eric McLeer ("Mr. McLeer"), in its May 17, 2019 letter, Defendant alleged that Mr. Haft "participated in soliciting" Mr. McLeer. (*See* Ex. B).

32.     As set forth in Plaintiff's correspondence to Defendant dated May 10, 2019, both Mr. Haft and Mr. McLeer provided signed affidavits specifically stating that Mr. Haft did not solicit or otherwise participate in Mr. McLeer's hire. (*See* Ex. F).

33.     Also attached to Plaintiff's letter are text messages between Printfly's Executive Vice President of Finance, Kane Posner, and Mr. Mcleer which demonstrate that Printfly was recruiting Mr. McLeer long before it hired Mr. Haft and that Mr. Haft did not directly or indirectly solicit Mr. McLeer. (*See* Ex. F).

34.     Accordingly, Printfly seeks that this Court declare that Printfly's conduct does not violate or induce the violation of any of the restrictive covenants that Mr. Haft and Mr. McLeer entered into with Dekeo.

### COUNT I
### (REQUEST FOR DECLARATORY RELIEF)
### PRINTFLY v. DEKEO

35.     Plaintiff repeats and re-alleges all other allegations of this Complaint as if set forth at length herein.

36. According to Dekeo's May 17, 2019 Letter, Printfly is in danger of being subject to imminent and continued litigation from Dekeo in the event that Printfly retains two newly hired employees. (*See* Ex. B).

37. Pursuant to Pennsylvania Law, this Court is empowered to declare the status and other legal relations of parties whether or not further relief is or could be claimed. 42 Pa.C.S. § 7532 (2010).

38. Printfly has not caused or induced Mr. Haft to violate his contractual obligations to Dekeo.

39. Because Printfly core business does not compete with Dekeo, and because Mr. Haft will not engage in business practices that compete with Dekeo, Printfly's hire and continued employment of Mr. Haft in its core business of custom printed apparel does not amount to a violation of Mr. Haft's contractual obligations to Dekeo.

40. Further, Mr. Haft has been "walled-off" from any portion of Printfly's business that involves the resale of blank promotional apparel.

41. Upon information and belief, Mr. McLeer is not bound by a Non-Compete agreement with Dekeo.

42. Nevertheless, Printfly has not caused or induced Mr. McLeer to violate any of his contractual obligations to Dekeo.

43. Printfly seeks an order from this Court acknowledging that Mr. McLeer and Mr. Haft's employment with Printfly is not considered employment in a "competing industry" and permitting it to continue employing Mr. Haft and Mr. McLeer at its Philadelphia headquarters.

**WHEREFORE**, Printfly requests a declaratory judgment in its favor and against Defendant precluding Dekeo from enforcing the inapplicable terms of its Non-Competition

Agreement with Mr. Haft and/or Mr. McLeer along with such other relief as the Court deems equitable and just.

Respectfully Submitted,

**BOCHETTO & LENTZ, P.C.**

Date: May 21, 2019

By: _____

Anton Kaminsky, Esquire

*Attorney for Plaintiffs*

## **VERIFICATION**

I, Kane Posner, hereby verify that the statements made in the foregoing *Complaint* are true and correct to the best of my knowledge, information and belief. I am aware that false statements of fact made knowingly are subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities.

_____May 21, 2019_____
Date

_____
Kane Posner, Executive VP of Finance
Printfly Corporation

# EXHIBIT "A"

WORK PRODUCT REDACTION

---------- Forwarded message ----------
From: **JiffyShirts.com Orders** <orders@jiffyshirts.com>
Date: Fri, May 17, 2019 at 4:26 PM
Subject: Order 22649958 Confirmation
To: <glentz@bochettoandlentz.com>



## Order Confirmation
Order 22649958

Hi Gavin,
Thank you for shopping with JiffyShirts.com! Here is your order summary.

## Shipping Address:

Gavin Lentz
1524 Locust St
PHILADELPHIA , PA  19102

**Billing Address:**
Gavin Lentz
1524 Locust St
PHILADELPHIA , PA  19102

## Your Order

| | | | |
|---|---|---|---|
| Product Total: | $7.63 | **Order #:** | **22649958** |
| Shipping: | $7.95 | Order Date: | Fri, May 17, 2019 |
| **Total:** | **$15.58** | Payment: | American Express XXXX-XXXX-XXXX-7001 |
| | | Shipping: | UPS Ground |
| | | Delivery: | Mon, May 20, 2019 |

## Delivery: Arriving Mon, May 20, 2019

### Unisex Triblend Short-Sleeve T-Shirt

Teal Triblend
L

BELLA+CANVAS
LOS ANGELES
3413C

| | | |
|---|---|---|
| **$7.63** | **1** | **$7.63** |



Please inspect your delivered order.
Claims for missing, wrong, or damaged items must be made within
3 days of final delivery (by Thu, May 23, 2019).
Returns within 45 days (by Mon, July 1, 2019).

 Return, Refunds & Exchanges
Read More

 Have a Question?
Contact Us

Copyright 2004-2019 JiffyShirts.com

--
**Gavin P. Lentz, Esquire**
Bochetto & Lentz P.C.
1524 Locust St.
Philadelphia, PA 19102
215-735-3900
www.bochettoandlentz.com

# WORK PRODUCT REDACTION

Begin forwarded message:

**From:** "JiffyShirts.com Orders" <orders@jiffyshirts.com>
**Date:** May 17, 2019 at 7:05:49 PM EDT
**To:** glentz@bochettoandlentz.com
**Subject: Shipment for Order 22649958**



# Shipment Confirmation
## Order 22649958

Hi Gavin,

Shipment for Order# 22649958 has shipped from our warehouse. The details are below.

## Shipment Details

**Shipping To:**
Gavin Lentz
1524 Locust St
PHILADELPHIA, PA
19102 4401

**Shipping:**
UPS Ground
**Tracking:**
1ZA82T890307894968

<div>View Tracking Information</div>

**Delivery: Arriving Mon, May 20, 2019**

## Unisex Triblend Short-Sleeve T-Shirt

Teal Triblend
L

BELLA+CANVAS.
LOS ANGELES
3413C



**$7.63**                      **1**                      **$7.63**

Please inspect your delivered order.
Claims for missing, wrong, or damaged items must be made within
3 days of final delivery (by Thu, May 23, 2019).
Returns within 45 days (by Mon, July 1, 2019).

  Return, Refunds & Exchanges
Read More

  Have a Question?
Contact Us

Copyright 2004-2019 JiffyShirts.com

# WORK PRODUCT REDACTION

Begin forwarded message:

**From:** "JiffyShirts.com Orders" <orders@jiffyshirts.com>
**Date:** May 21, 2019 at 1:46:12 AM EDT
**To:** glentz@bochettoandlentz.com
**Subject: Your shipment was delivered! Jiffyshirts Order 22649958**



# Shipment Delivered
## Order 22649958

Hi Gavin,

Delivery for Order# 22649958 was delivered.

RECEIVED AT: Mon, May 20, 2019 4:23 PM EDT

Thanks for shopping with JiffyShirts.com!

## Shipment Details

### Shipping To:
Gavin Lentz
1524 Locust St
PHILADELPHIA, PA
19102 4401

### Shipping:
UPS Ground
### Tracking:
1ZA82T890307894968

View Tracking Information

**Delivery: Delivered Mon, May 20, 2019**

## Unisex Triblend Short-Sleeve T-Shirt



**Teal Triblend**
L

BELLA+CANVAS.
LOS ANGELES
3413C

**$7.63**　　　　　　**1**　　　　　　**$7.63**

Please inspect your delivered order.
Claims for missing, wrong, or damaged items must be made within
3 days of final delivery (by Thu, May 23, 2019).
Returns within 45 days (by Mon, July 1, 2019).
Return Items

Return, Refunds & Exchanges
Read More

Have a Question?
Contact Us

Copyright 2004-2019 JiffyShirts.com

# EXHIBIT "B"

# Cooley

Gerard O'Shea
+1 212 479 6704
goshea@cooley.com

*Via FedEx (Overnight) and Email*

May 17, 2019

Michael Nemeroff
Founder/ Chief Executive Officer
Printfly Corporation
2727 Commerce Way
Philadelphia, PA 19154
michael@rushordertees.com

      **Re:    Jason Haft's Breach of Non-Compete Agreement**

Dear Mr. Nemeroff:

      This firm represents Shirt S&D Management LLC ("S&D"), which owns and operates Dekeo Inc. ("Dekeo") and JiffyShirts.com U.S. L.P. ("JiffyShirts") (JiffyShirts, Deko, and S&D collectively referred to herein as the "Company"), and recently learned that Jason Haft, a former Dekeo employee, is now working for Printfly Corporation ("Printfly"). Please be advised that Mr. Haft's employment with Printfly renders him in breach of his Non-Compete Agreement, dated May 17, 2018 ("Non-Compete Agreement"). In addition, we have reason to believe that Mr. Haft has participated in soliciting a Company employee, Eric McLeer, to join Printfly in further violation of his Non-Compete Agreement. Moreover, and perhaps even more troubling, is the Company's recent discovery that Mr. Haft has misappropriated Company confidential information and trade secrets.

      As I am sure you are well aware, Mr. Haft's violation of his Non-Compete Agreement and misappropriation of Company confidential information and trade secrets subjects him, and potentially Printfly, to significant liability, including unfair competition, tortious interference, business torts, and intellectual property claims in the event that Mr. Haft has introduced confidential Company information to Printfly's IT systems or otherwise disclosed such information to Printfly. We have written to Mr. Haft concerning the same and have demanded that he immediately resign from his employment with Printfly, cease and desist from soliciting Company employees, and return all Company property, or face immediate legal action. A copy of the letter to Mr. Haft along with the Non-Compete Agreement and Mr. Haft's Employment Agreement is annexed, which we encourage Printfly and its legal counsel to carefully review.

      At this stage, the Company has no reason to believe that Printfly is complicit with Mr. Haft's illegal activity and, provided that Printfly acts honorably and expeditiously in line with the steps described below, believes that a dispute between the Company and Printfly can be avoided. Specifically, to avoid litigation, we must receive written notice from Printfly by **May 24, 2019**: (a) confirming that Mr. Haft is no longer employed with Printfly; (b) confirming that Printfly has searched Mr. Haft's Printfly computer and Printfly's other IT systems for any Dekeo or JiffyShirts documents or other materials or information introduced to Printfly by Mr. Haft about Dekeo or JiffyShirts; and (c) describing any such Company materials to the undersigned in sufficient detail. Upon Printfly timely fulfilling all of the above demands, the Company will coordinate with Printfly on an appropriate method for the Company to retrieve its property and for resolving the matter.

While we fully expect Printfly to disavow Mr. Haft's illegal conduct and to cooperate in this matter, we are compelled to put Printfly on notice of potential litigation. As such, you should preserve and not delete or otherwise destroy any e-mails, text messages, voice mails, contracts, documents, and other materials or electronic data related to Mr. Haft's current employment, the above-referenced agreements and Mr. Haft's contacts with the Company's customers, his recruitment, or his recruitment of any Company employees. Moreover, should litigation occur, the Company will undoubtedly seek discovery regarding the steps taken by Printfly to prevent Mr. Haft's solicitation of the Company's customers or its employees and the disclosure of its confidential information.

Please understand that the Company takes this matter very seriously and has instructed this firm to immediately commence litigation if we do not timely receive the above assurances and feedback. Accordingly, please contact me immediately if you have any questions about this letter. The Company reserves all rights.

Yours very truly,

Gerard O'Shea

Enclosures

# EXHIBIT "C"



Started Now

## RUSH DELIVERY
Guaranteed on **Wed May 22**
for orders placed by Midnight

## FREE DELIVERY
Guaranteed on **Fri May 31**
for orders placed by Midnight

Need your order sooner? Call us now (800) 620-1233



# Embroider Your Logo o
# Hundreds of Product

Any size order. Any deadline.

Shop Shirts

Shop Hats

# Live Customer Reviews



4.78/5 based on 7963 reviews

## Featured Custom Apparel

Tips and Templates for Your Team, Event or Group Order

### Basketball



Get Started

### Family Reunions



Get Started

### Bachelorette P



Get Started

## Why So Many Choose Us



### action Guaranteed

to deliver each order to your
atisfaction and nothing less,
we know that's what you
deserve.



### Better Pricing

With free shipping and competitive
pricing, we provide our high-quality
products for a price and standard
unmatched anywhere.



### Design Review & I

Our professional in-house
review and repair every order
to ensure each one is pri
perfection.

Rush T-Shirt Deliveries

Design Review and Repair

Team Personalization

Direct to Garment

Tackle Twill

Foil Printing



ner of the Philadelphia 76ers



Recognized as One of the Fastest
Growing Private Companies in America

# The
# New York
# Times

Featured in the New York Times
Section

Since 2002, we've been obsessing over every detail of custom printing and apparel. From screenprinting and embroidery to tackle twill and foil printing, our experts can handle any request of any size. Today, we've printed over 17 million pieces for over 400,000 happy customers and we're just getting started!

CONTACT

# EXHIBIT "D"

We are proud to offer the finest selection of blank clothing in America.

# Placed an Order Already? - Contact the Orders Department

Please enter the information below. (usually takes less than 2 minutes to complete)  * - is required information.

The order number is 8 characters and looks like "12345678" in our email. It is also the "PO Number" on the paper in your box with 9 or more characters and looks like "123456781"

**Order Number:***

**Last Name on Billing Address:***

**Select a Request:***

Pick one of the following below...

Continue with Request

**Did you get my order? What is my order number?**

Your email address:

Check Now

**Have a request not listed above?**
Requests submitted using the form are served first. **Use the form above for fastest service.**
Otherwise you can email orders@jiffyshirts.com. Note your order number and how we can help.

You can find our Return/Exchange/Cancellation/Change policies here.

# Having a Tech Issue?

**Having a problem with the website? Quick and easy,** report a tech issue.
We will look into the issue and get it resolved as soon as possible.

# Placing a New Order?

**Answers to most questions are in our Help and Policies Section**

We do not print or embroider. For blanks, our prices can't be beat!

We ask customers to place orders directly on our easy to use web site. Help keep our prices low!

Now 24 hours a day and 7 days a week, find the following Only at JiffyShirts.com!

- **Show all the product information we have.** That includes images, sizing information, descriptions, materials, material weight, and color samples.
- **Complete inventory information.** Don't worry about out-of-stock items or substitutions. We show which products are good for small or bulk orders. We won't sell what we don't have.
- **Shipping and delivery dates.** No unclear "usually ships", "shipping today" on a Sunday, or special shipping conditions. We check our warehouses and automatically ship the order to you as fast as possible at no extra charge.
- **Fastest shipping at no extra charge.** Don't pay more for Next Day shipping. We don't even have to offer this service. We use our national network of 10 warehouses to provide fast deliveries at UPS Ground rates.
- **Free or cheap shipping.** Just enter your address. We clearly show free or the cheap flat-rate shipping fee on the cart page. You do not need to create an account or give personal information first.
- **We won't change your order.** We never backorder, remove out-of-stock items and ship the rest, or substitute items. We show inventory information so you can buy what we have in stock.
- **Automatic bulk discounting.** You don't have to call and bargain hoping to get a fair price. We automatically give the maximum discount on customers.

4.8 ★★★★★
Google
Customer Reviews

- **No Resellers Permit needed or tax charged.** Open to the public. Enter your shipping address and the cart page will show the final price. There are no hidden fees and extra costs later.
- **Tracking info emailed on the shipping day.** Don't worry about your package. We send the tracking information automatically.
- **We do not keep your credit card information.** Safer than phone or fax orders. We don't want people to see our information, why would you? Our staff never sees your complete credit card information. To protect you from hackers, we use advanced security. Once your order is complete, we delete this information from our system. For your protection, you must enter this private information for every order.
- **We respect and protect your privacy.** We never share your information. We delete all we can after shipping. We never harass you with junk email.

**More than just the lowest delivered price.** We make it easy for you to be fully informed. Place an order yourself, at any time of the day.

There are many things you will find Only at JiffyShirts.com!

Answers to more questions are in our Help and Policies Section.

Still don't have the answer you need? You can email us at service@jiffyshirts.com

Our site is secured by a $100,000 Warranty protected encryption certificate. It is 2 times stronger than other internet sites. You can read more in our Help Section.

**JiffyShirts.com shipping from 10 warehouses in our national warehouse network.**



Do not return items to this address. Submit a return request for a free return shipping label.

JiffyShirts.com
1000 N. West St. Suite 1200
Wilmington, DE 19801

Do not return items to this address. Submit a return request for a free return shipping label.

4.8 ★★★★★
Google
Customer Reviews

# EXHIBIT "E"

# NON-COMPETE AGREEMENT

This Non-compete Agreement (the "Agreement") is entered into this 17th day of May 2018 by and between The Dekeo Group, (the "Employer/Company") and Jason Haft, (the "Employee"). Employer/Company and Employee may each be referred to from the time to time herein as a "Party," and may collectively be referred to herein as the "Parties".

## 1. Acknowledgement

The Dekeo Group, by way of its ownership of JiffyShirts.com US LP, operates as an online reseller of blank and promotional apparel. As at the date of this agreement, the Employer intends on expanding both its product offering to include hard promotional goods and its business to include an online marketplace servicing the promotional products industry. Employee hereby acknowledges that the restrictions contained in this agreement are:

a) fair and reasonable in scope and duration,
b) necessary to protect Employer's legitimate business interests

## 2. Competition

Employee agrees not to engage in competing business practices in the areas of reselling blank promotional apparel and/or online 3rd party marketplaces for customization services, in particular in the promotional products industry for a period of six (6) months if employment is terminated by the Employer without cause or if employee resigns with good reason. In the event employment is terminated by the Employer for cause or the employee resigns without good reason, this non-compete shall remain effective for a period of one year. "Good Reason" and "Cause" are defined separately in the Employment Agreement dated May 11th, 2018, and executed on May 13th, 2018. This includes, any research, engineering, product development in any geographical area where the Company is located, conducts business, or provides service to customers. This does not include business practices related to the wholesaling of blank promotional apparel.

## 3. Remedies

The Company may pursue any and all remedies available to it and the pursuit of one remedy will not be deemed to exclude any other remedies, including, but not limited to recovery of damages and reasonable legal fees. The Company shall have the right to injunctive relief to restrain and enjoin any actual or threatened breach of the provisions contained in this Agreement

## 4. Severability

If any provision in this Agreement is deemed to be invalid or unenforceable for any reason, it will not affect the remaining provisions and those provisions will continue to be valid and enforceable

## 5. Governing Law

This Agreement shall be governed by, construed and enforced solely and exclusively in accordance with the laws of the State of Delaware, USA, without reference to conflict of law principles. Any and all disputes under this Agreement must be brought solely and exclusively in the state courts and the Federal courts located in Delaware, USA, and the parties hereby irrevocably consent to the personal jurisdiction and venue of these courts. This Agreement may not be amended except by a writing signed by both parties.

## 6. Entire Agreement

This Agreement contains the entire agreement and understanding by and between the Company and Employee with respect to the covenants in this agreement. Further, any representations, promises, agreements, or understandings, written or oral, not contained in this Agreement shall have any force or effect.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed by their respective duly authorized representatives below.

The Dekeo Group

Signature:

Print Name: Christopher Serflek

Title: Director

Date: May 17, 2018

EMPLOYEE

Signature:

Print Name: Jason Haft

Title: Vice President, Growth

Date: 5/17/18

# EXHIBIT "F"

# BOCHETTO & LENTZ

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

1524 LOCUST STREET

PHILADELPHIA, PA 19102

----

TELEPHONE: (215) 735-3900

TELECOPIER: (215) 735-2455

----

FIRM WEB SITE:

bochettoandlentz.com

E-MAIL ADDRESS:

akaminsky@bochettoandlentz.com

GEORGE BOCHETTO†^

GAVIN P. LENTZ*

JEFFREY W. OGREN*

DAVID P. HEIM*

VINCENT van LAAR*

BRYAN R. LENTZ*

JOHN A. O'CONNELL*

PETER R. BRYANT*

ANTON KAMINSKY*

DANIELLE CHILDS

KIERSTY DeGROOTE *

-------

ALBERT M. BELMONT, III*

*OF COUNSEL*

-------

JANINE BAKER

JOANNE GUARALDO

MARGARET E. KAMINS

TUESDAY WOLF

SUSAN FLAHERTY

QUINN GALLAGHER

*PARALEGALS*

PRACTICE DEDICATED TO LITIGATION

AND NEGOTIATION MATTERS

NEW JERSEY OFFICE

-------

6000 SAGEMORE DRIVE, SUITE 6301

MARLTON, NJ 08053-3900

TELEPHONE: (856) 722-9595

TELECOPIER: (856) 722-5511

-------

* ADMITTED TO NEW JERSEY BAR

† ADMITTED TO NEW YORK BAR

^ ADMITTED TO D.C. BAR

■ ADMITTED TO VIRGINIA BAR

May 10, 2019

<u>**VIA E-MAIL TO: chris@dekeo.com**</u>
<u>**AND CERTIFIED MAIL TO:**</u>
The Dekeo Inc.
<u>ATTN</u>: Chris Serflek
1000 N. West Street, Suite 1200
Wilmington, DE 19801

  **RE:**  <u>**Jason Haft and Eric McLeer**</u>

To whom it may concern:

This office is litigation counsel for Printfly Corporation d/b/a RushOrderTees.com ("Printfly"). Printfly notified me that The Dekeo Inc. ("Dekeo") raised a potential dispute regarding Printfly's hire of Jason Haft ("Jason") and Eric McLeer ("Eric"). Specifically, that Dekeo believed that Jason and/or Eric were in violation of their employment agreements with Dekeo. Printfly asked me to review Jason and Eric's agreements, Printfly's process in hiring both Jason and Eric, and provide Dekeo with a written response.

Please be assured that Jason and Eric have been fully compliant and will continue to fully comply with all of the terms of their agreements with Dekeo. In that regard, please see the signed affidavits of Jason and Eric attached hereto. Further, Printfly has notified its employees about Jason and Eric's agreements, intends to ensure that Jason and Eric do not violate their agreements, and will take reasonable measures to avoid putting either employee in a position to violate their agreements.

Additionally, please see the enclosed text messages between Printfly's Executive Vice President of Finance), Kane Posner ("Kane"), and Eric dating back to January of 2019, long before Jason joined Printfly. These messages conclusively show that Jason had nothing to do with Eric's hire and is clearly not in violation of the non-recruitment / non-solicitation clause of his agreement with Dekeo.

I believe that this letter, the enclosed documents, and Printfly's assurances should be sufficient to prevent any further disputes between the parties. If you are represented by counsel, please forward this letter to their attention. If you have any questions or additional concerns, please contact me or have your counsel contact me directly.

Thank you for your attention in this matter.

Sincerely,

**BOCHETTO & LENTZ, P.C.**

BY: _____
Anton Kaminsky, Esquire

Enclosures

## Affidavit of Jason Haft

I, Jason Haft, being duly sworn state as follows:

1.   My name is Jason Haft and I reside a 1054 North Kimbles Rd, Yardley PA 19067.

2.   I was previously employed by The Dekeo Inc. ("Dekeo") from 7/9/2018 to 3/29/2019.

3.   During my employment with Dekeo, I worked out of my home office, located at 1054 North Kimbles Rd, Yardley PA 19067.

4.   My job title at Dekeo was Vice President – Growth.

5.   I started working at Printfly Corporation ("Printfly") as a Executive Vice President – Operations & Growth on 4/1/2019.

6.   While employed at Dekeo and since my departure from Dekeo, I have not recruited or participated in the recruitment of any employees of Dekeo.

7.   Specifically, I did not participate in the recruitment of Eric McLeer.

8.   While employed at Dekeo and since my departure from Dekeo, I have not directly or indirectly solicited, or sought to interfere with any customer or supplier of Dekeo in any manner that conflicts with or interferes with Dekeo's business.

9.   When I ceased being employed by Dekeo, I did not retain any proprietary or confidential information belonging to Dekeo.

10.   I intend to continue to honor and abide by the terms of my employment agreement with Dekeo.

11.   I hereby swear and affirm that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the above statements are willfully false, I am subject to punishment.

Date: May 9, 2019                    BY: _____
                                              Jason Haft

## <u>Affidavit of Eric McLeer</u>

I, Eric McLeer, being duly sworn state as follows:

1. My name is Eric McLeer and I reside at 8633 Marigold Place, Philadelphia, PA 19136.

2. I have been employed by The Dekeo Inc. ("Dekeo") since 10/29/2018 with a title of Manager, Business Analytics.

3. I resigned from Dekeo, effective 05/27/2019.

4. During my employment with Dekeo, I worked out of my home office, located at 8633 Marigold Place, Philadelphia, PA 19136.

5. I am scheduled to start working at Printfly Corporation ("Printfly") as the Director of Financial Planning & Analysis on 05/28/2019.

6. I was recruited to Printfly by Kane Posner.

7. Jason Haft had no participation in my recruitment to Printfly.

8. While employed at Dekeo, I have not recruited or participated in the recruitment of any employees of Dekeo.

9. Specifically, I did not participate in the recruitment of Jason Haft.

10. When I cease being employed by Dekeo, I do not intend to recruit or participate in the recruitment of any employees of Deko.

11. While employed at Dekeo, I have not directly or indirectly solicited, or sought to interfere with any customer or supplier of Dekeo in any manner that conflicts with or interferes with Dekeo's business.

12. When I cease being employed by Dekeo, I do not intend to directly or indirectly solicit or seek to interfere with any customer or supplier of Dekeo in any manner that conflicts with or interferes with Dekeo's business.

13. When I cease being employed by Dekeo, I will not retain any proprietary or confidential information belonging to Dekeo.

14. I intend to continue to honor and abide by the terms of my employment agreement with Dekeo.

15. I hereby swear and affirm that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the above statements are willfully false, I am subject to punishment.

Date: May 9, 2019

BY: _____
Eric McLeer

1/17/19, 8:43 PM

Didn't get a chance to circle back with Mike today but shooting for tomorrow - definitely didn't forget 😊

No worries... Figured you just didn't get the opportunity this afternoon 😊

1/22/19, 5:05 PM

Hey buddy, just circling back to see if you ever got a chance to catch up with Mike.

1/22/19, 9:01 PM

I did -- still trying to figure out where you'd you'd fit, but working on it. Let me get you a better answer later this week.

1/23/19, 7:04 AM

😊

Okay sounds good. Not sure if its just coincidence or (potentially) good timing but things seem to be heading south a bit quickly since last Thursday morning. Can explain more when we chat next. Talk soon.

2/6/19, 2:41 PM

Hey, were you still thinking of having me stop in this week, or is that on hold for now?

2/6/19, 5:49 PM

This week Mike's out of the office - lets plan for next week. I'll get you a date/time later this week.

2/6/19, 8:12 PM

Sounds good. Monday is less than ideal because I think I'll be without a car for most of the day, but everything else I should be able to make work no problem.

2/12/19, 9:32 AM

Taking longer than I would've anticipated to finalize this first piece of the puzzle (locking in me and some other guys) but on a bright note I've put the head of finance on notice and that position will be vacated in the not too distant future. Sorry this is taking so long, but I'm still working on it.

2/12/19, 11:29 AM

No worries -- sometimes good things just take a little bit of extra time to get right ✊

# Exhibit B

Filed and Attested by the
Office of Judicial Records
15 JAN 2020 02:49 pm
S. RICE

**BOCHETTO &  LENTZ, P.C.**
By:     Gavin P. Lentz, Esquire
        Anton Kaminsky, Esquire
Attorney I.D. No:  53609, 322660
1524 Locust Street
Philadelphia, PA  19102
(215) 735-3900
glentz@bochettoandlentz.com
akaminsky@bochettoandlentz.com

*Attorney for Plaintiffs*

---

**PRINTFLY CORPORATION**                    :
**d/b/a RushOrderTees.com**                 :       COURT OF COMMON PLEAS
2727 Commerce Way                           :       PHILADELPHIA COUNTY,
Philadelphia, PA  19154                     :       PENNSYLVANIA
                                            :
                                            :       No.   190509004
                                            :
                *Plaintiff*                 :
                                            :
                                            :
        v.                                  :       **COMMERCE PROGRAM**
                                            :
**DEKEO INC.**                              :
1000 N. West Street, Suite 1934             :       **NON-JURY**
Wilmington, DE 19801                        :
**And**                                     :
**JIFFYSHIRTS**.COM US, LP.                 :
1000 N. West Street, Suite 1934             :
Wilmington, DE  19801                       :
                                            :
                *Defendant*                 :
                                            :

---

NOTICE

NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.
YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

Lawyer Referral and Information Service:
Court Administrators for Centre County
Courthouse - Second Floor
High & Allegheny Streets
Bellefont, PA 16823
Telephone: (814) 355-6727

AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparesencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requier que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.
LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE, SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

Lawyer Referral and Information Service:
Court Administrators for Centre County
Courthouse - Second Floor
High & Allegheny Streets
Bellefont, PA 16823
Telephone: (814) 355-6727

Case ID: 190509004

**BOCHETTO & LENTZ, P.C.**
By:     Gavin P. Lentz, Esquire
          Anton Kaminsky, Esquire
Attorney I.D. No: 53609, 322660
1524 Locust Street
Philadelphia, PA 19102                                        *Attorney for Plaintiff*
(215) 735-3900
glentz@bochettoandlentz.com
akaminsky@bochettoandlentz.com

*Filed and Attested by the
Office of Judicial Records
15 JAN 2020 02:49 pm
S. RICE*

---

| | | |
|---|---|---|
| **PRINTFLY CORPORATION** | : | |
| **d/b/a RushOrderTees.com** | : | COURT OF COMMON PLEAS |
| 2727 Commerce Way | : | PHILADELPHIA COUNTY, |
| Philadelphia, PA 19154 | : | PENNSYLVANIA |
| | : | |
| *Plaintiff* | : | No.   190509004 |
| | : | |
| v. | : | **COMMERCE PROGRAM** |
| | : | |
| **DEKEO INC.** | : | |
| 1000 N. West Street, Suite 1934 | : | **NON-JURY** |
| Wilmington, DE 19801 | : | |
| | : | |
| *And* | : | |
| | : | |
| **JIFFYSHIRTS.COM US, L.P.** 1000 | : | |
| N. West Street, Suite 1934 | : | |
| Wilmington, DE 19801 | : | |
| | : | |
| | : | |
| *Defendants* | : | |

---

## AMENDED COMPLAINT

**AND NOW**, Comes, Plaintiff, Printfly Corporation d/b/a RushOrderTees.com ("Printfly"

or "Plaintiff"), by and through undersigned counsel, Bochetto & Lentz, P.C., and hereby states as

follows in support of this Amended Complaint against Defendants, Dekeo Inc. ("Dekeo") and

Jiffyshirts.com US, L.P. ("Jiffy") (collectively "Defendants"):

Case ID: 190509004

## THE PARTIES

1.      Plaintiff, Printfly Corporation d/b/a RushOrderTees.com ("Printfly") is a Pennsylvania corporation headquartered in Philadelphia that may be served at 2727 Commerce Way, Philadelphia, PA 19154.

2.      Defendant, Dekeo Inc. ("Dekeo") is, upon information and belief a Delaware corporation with a listed business address of 1000 N. West Street, Suite 1934, Wilmington, DE 19801.

3.      Defendant, Jiffyshirts.com US, L.P. ("Jiffy") is, upon information and belief a Delaware corporation with a listed business address of 1000 N. West Street, Suite 1934, Wilmington, DE 19801.

4.      At all times material hereto, Dekeo and/or Jiffy operated two websites. www.jiffyshirts.com and www.dekeo.com.  However, after Plaintiff filed their original complaint, Defendants removed www.dekeo.com and relocated it to www.jiffyshirts.com/print.   Because it is unclear which entity operates which website(s), unless referred to specifically or individually, Defendants are collectively referred to hereinafter as "Defendants" or "Jiffy."

5.      Jiffy operates a website called JiffyShirts.com which regularly sells and ships blank apparel ("Blank Apparel Business") to Philadelphia County.

6.      On May 17, 2019, Jiffy sold and shipped its products to Philadelphia, Pennsylvania for pecuniary gain.  (*See* Purchase and Shipping information for an order Defendant mailed to Philadelphia County attached hereto as **Exhibit "A"**).

7.      Jiffy regularly conducts business in Philadelphia County, transacts business in Philadelphia County, and is subject to the jurisdiction of Pennsylvania's courts.

Case ID: 190509004

8.     Jiffy also operates a website called Dekeo.com (recently relocated to jiffyshirts.com/print) which purports to be a marketplace of companies that design, print and embroider on apparel ("Decorated Apparel Business").

## SUMMARY OF THE CASE

9.     In early 2019, a dispute arose between Printfly and Jiffy about unrelated matters wherein Jiffy alleged that Printfly was its competitor.  In response to that dispute, Printfly reviewed Jiffy's websites and determined that, dating back to at least 2017, Jiffy was making countless inaccurate, misleading and knowingly false representations to the public on their website and in their advertisements in an effort to promote sales of their products.  Defendants' conduct in this regard is in clear and blatant violation of Pennsylvania's common law relating to unfair competition, as well as the false advertising and misleading statements of fact provisions of the Lanham Act, 15 U.S.C. §§ 1125(a)(1)(A) and 1125(a)(1)(B).

10.     By way of limited example only, Defendants misrepresent that they have the "cheapest prices," "fastest delivery," and indicate that apparel is discounted from significantly higher prices which, upon information and belief, Defendants don't and never have charged any consumers in the marketplace.  Additionally, Defendants advertise that they have a free shipping sale expiring at the end of each month that never actually expires.

11.     Further, the prices advertised by the Defendants on Google and on their website for specific products are not the actual prices when the item is selected, and require a purchaser to buy the product in a different color, in bulk, or for the purchaser's shopping cart to exceed a certain monetary amount.  In fact, unless a customer buys in bulk, the actual price of the apparel is sometimes as much as double the advertised price and the advertised discount can never be achieved for the specific product, irrespective of the quantity ordered.

Case ID: 190509004

12. Such conduct amounts to unfair competition and creates injury and/or a likelihood of injury to The Deal Rack ("TDR"), a business Printfly recently acquired that resells blank apparel.

13. Separately, upon information and belief, Defendants Decorated Apparel Business is soliciting decorators that compete with Printfly's core brand RushOrderTees.com ("ROT") from a proprietary and confidential list that was unlawfully obtained by one of Defendants' executive level employees, Jason Buchanan ("Buchanan") from his prior employer Alphabroder ("Alpha") with the knowledge and permission of Defendants' CEO, Chris Serflek ("Serflek").

14. Further, Defendants' Decorated Apparel Business contains countless reviews of individual decorators using industry buzzwords and words that sound similar to Plaintiff's "rush order" business, but no method of actually leaving a review for the decorator on the website. Upon information and belief those reviews are not genuine and placed solely to confuse customers, deceive customers, are misrepresentations about quality approval of Defendants' goods and the decorators that Defendants assembled for their website.

15. Such conduct amounts to unfair competition, a violation of the Lanham Act, and creates a likelihood of injury to Printfly's core business ROT which engages in the customization, printing, embroidering, and other decoration of apparel.

16. Upon information and belief, Defendants are recklessly, intentionally, knowingly, and/or purposely engaging in this conduct in an effort to confuse customers as to the price and quality of their goods, to maximize profits based on misleading information, and to game their position and search results on Google.

17. Printfly seeks this Court's intervention to compel the Defendants to remove any false advertising and misrepresentations made by the Defendants from their websites and from

4

Case ID: 190509004

their advertising, correct all such misrepresentations, disgorge any profits obtained as a result, and reimburse Printfly's costs and reasonable attorneys' fees to obtain such relief.

## JURISDICTION AND VENUE

18.     This Court has subject matter jurisdiction over this matter pursuant to 42 Pa. C.S.A. § 931(a) and has personal jurisdiction over Defendants pursuant to 42 Pa.C.S.A. § 5322 because Defendants sell and ship products for pecuniary gain in this Commonwealth, and Defendants direct advertisements, including the false and misleading advertisements at issue herein to Pennsylvania customers.

19.     Venue is proper in the Philadelphia County Court of Common Pleas under Rules 1006 and 2179 of the Pennsylvania Rules of Civil Procedure as Printfly and TDR are located in Philadelphia County, the conduct alleged herein is directed to consumers in Philadelphia County, and Defendants regularly conduct business in Philadelphia County.

## FACTS COMMON TO ALL COUNTS

20.     The resale of blank apparel is viewed in the industry as a "commodity" business because, regardless of retailer, individual blank apparel products are the same throughout the industry.

21.     By way of example only, irrespective of where a customer purchases the Gildan "G500" t-shirt, the product, colors, and quality will be the same.  Assuming the t-shirt is genuine, a small Red G500 purchased from the Plaintiff or from the Defendants will match every other small Red G500 available for sale online in size and color.

22.     As a result, a customer seeking to purchase a G500 t-shirt online will seek out the cheapest supplier and make purchase decisions based on a retailer's representations about price, shipping cost, and speed of delivery.

Case ID: 190509004

23.     Jiffy holds itself out as a leading online reseller of blank apparel, selling approximately ten times as much product as its nearest competitor through its website www.jiffyshirts.com (Jiffy's "Blanks Website").

24.     However, Jiffy's Blanks Website achieves this success by making countless misrepresentations about the price and quality of their products, creating arbitrary discounts and sale deadlines, and requiring a customer to purchase apparel in different colors and bulk quantities to actually receive the pricing they advertise.

**Misrepresentations about Price**

25.     According to the Blanks Website homepage, the first row of t-shirts is titled the "Cheapest Priced T-Shirts." (*See* Blanks Website homepage attached hereto as **Exhibit "B"**).

26.     Defendants advertise a yellow "Corn Silk" colored Gildan G500 for sale for $1.62.

27.     When a customer clicks on the t-shirt to purchase it, the customer is directed to a website where the yellow "Corn Silk" colored Gildan G500 costs $2.67, almost double Defendants' advertised price. (*See* G500 Page attached hereto as **Exhibit "C"**).

28.     In fact, in order to receive the Gildan G500 for $1.62, the customer must select a white t-shirt—not the one that Defendants advertise on the Blanks Website homepage.

29.     Irrespective of the quantity purchased, a customer is ***never*** able to achieve a price of $1.62 for the Gildan G500 in yellow "Corn Silk" color, or any color other than white. *See* Ex. C.

30.     Accordingly, the yellow "Corn Silk" colored Gildan G500 "from $1.62" is falsely advertised by Defendants on their Blanks Website homepage.

31.     Further, the G500 Page indicates that the retail price of the Gildan G500 is $5.60 and by purchasing from the Blanks Website a customer will "SAVE 71%". See Ex. C.

Case ID: 190509004

32. However, upon information and belief, Defendants don't charge and never have charged $5.60 for the Gildan G500 and therefore misrepresent the savings that they offer to customers on the Gildan G500.

33. This appears to be the case for the entire row of t-shirts Defendants advertise as their "Cheapest Priced T-Shirts" including but not limited to: the Fruit of the Loom 3931, Gildan G200, and Jerzees 29M. *See* Ex. B.

34. For each of those shirts, a different color than white is advertised.

35. However, when the shirt is actually selected, the price advertised on the Blanks Website homepage can only be achieved if a customer selects the white version of the shirt. (*See* Fruit of the Loom 3931, Gildan G200, and Jerzees 29M pages attached hereto as **Exhibit "D"**).

36. Like the G500, an arbitrarily inflated retail price is listed for each shirt, along with a savings percentage indicating that the customer is obtaining savings of approximately 70%, despite Defendants never actually charging the stated retail price, and never actually providing a customer with the advertised savings.

37. Additionally, like the G500, irrespective of bulk discount applied, the advertised price for each shirt can never be achieved unless a white version of the t-shirt is purchased by the customer.

38. Upon information and belief, this conduct is rampant throughout Defendants' Blanks Website and is not solely limited to the "Cheapest Priced T-Shirts" section of the website.

39. By way of limited example only, Plaintiff selected a Bella+Canvas 3650 t-shirt that is advertised as costing $5.29 under the "Softest Unisex T-Shirts" category. (*See* Bella Shirts Page attached hereto as **Exhibit "E"**).

Case ID: 190509004

40.     Despite listing the t-shirt for $5.29, when selected, the shirt costs $7.40 each, unless the customer purchases in excess of $80 in product from the Blanks Website. *See* Ex. E.

41.     Moreover, the retail price of the shirt is listed as $12.18 and the customer is purportedly saving 57% by purchasing it through the website. *See* Ex. E.

42.     Upon information and belief, Defendants never sold the Bella+Canvas 3650 shirt for $12.18.

43.     Further, unless a customer purchases in excess of $80 of apparel, Defendants' "savings" math is incorrect and the savings from the $12.18 artificially inflated retail price to the $7.40 cost of one t-shirt is less than 40%.

44.     Accordingly, Defendants make material misrepresentations of price, discount, savings, and potential savings throughout their website.

45.     Upon information and belief, Defendants know that they are making misrepresentations about price, and nevertheless knowingly and purposely make misrepresentations to that effect.

46.     Defendants' conduct is likely to cause confusion to customers and to harm the retail apparel industry as a whole.

47.     Further, Defendants' conduct is harmful to other companies in the apparel retail industry including Printfly's recently acquired subsidiary TDR.

## **Defendants' T-Shirts are not the Cheapest Priced**

48.     When searching Google for "jiffyshirts" the Blank Website's description claims that "JiffyShirts.com has the lowest prices fastest delivery." (*See* Google Search Results attached hereto as **Exhibit "F"**).

Case ID: 190509004

49. Further, the first row of shirts on the Blanks Website states that the shirts are the "Cheapest Priced." See Ex. B.

50. Additionally, Defendants' paid advertisements on Google represent to the public that Defendants that their products are "Always In Stock", that they have "The Fastest Delivery" and that they have the "Cheapest Prices" / "Lowest Prices". (*See* Examples of Defendants' Paid Google Ads attached hereto as **Exhibit "S"**).

51. Upon a cursory review of Defendants' website it is obvious that their products are not always in stock.

52. Further, upon information and belief Defendants' delivery is not faster than the rest of the industry and Defendants do not have any evidence that their delivery is in fact the "fastest."

53. More importantly, Defendants don't have the "lowest prices", "cheapest prices", and they are not in fact the "Cheapest Priced" when taking into account all costs that the Defendants pass on to the customer.

54. By way of example only, if a customer wants to purchase one white Gildan G500 t-shirt, the total cost is **$8.52**, which includes the $1.62 cost of the shirt, $5.95 in shipping, $0.12 in sales tax, and a $0.83 Processing Tax Fee (that is more than 6x the actual sales tax). (See G500 Order Summary attached hereto as **Exhibit "G"**).

55. Although Printfly's RushOrderTees.com ("ROT") website is not a competitor of Jiffy, and is not geared towards the resale of blank apparel, it is possible to purchase a blank t-shirt through the website by not creating a design in the design studio (or skipping the design part of the process) and proceeding to check out. (*See* ROT Order Summary attached hereto as **Exhibit "H"**).

Case ID: 190509004

56.     A white Gildan G500 t-shirt can be purchased for $4.45, including tax and shipping costs from ROT—approximately half of Defendants' price. *See* Ex. H.

57.     By way of additional example only, a company that is in fact Defendants' competitor, CheapesTees.com has the same shirt including tax and shipping costs for a total of $5.92. (*See* CheapesTees.com screenshot attached hereto as **Exhibit "I"**).

58.     To the extent that Defendants claim that their "Cheapest Priced" and "lowest prices" claims pertain solely to the cost of the shirt, exclusive of fees, shipping costs, and taxes, by way of example only, another one of Defendants' competitors, ShirtMax.com has the same shirt prices for $1.59, also cheaper than Jiffy.  (*See* ShirtMax.com screenshot attached hereto as **Exhibit "J"**).

59.     Accordingly, it is obvious that the Defendants' products are not the "Cheapest Priced" and that Defendants don't offer the "lowest prices" and Defendants' claims to the contrary are misrepresentations.

60.     Upon information and belief, Defendants know that their products are not the cheapest priced, and nevertheless knowingly and purposely make misrepresentations to that effect.

61.     Defendants' conduct is likely to cause confusion to customers and to harm the retail apparel industry as a whole.

62.     Further, Defendants' conduct is harmful to other companies in the apparel retail industry including Printfly's recently acquired subsidiary TDR.

**<u>Misrepresentations about Quality</u>**

63.     The second row of t-shirts is titled the "Best Quality T-Shirts." *See* Ex. B.

64.     However, there is no basis from which Defendants can claim that those four shirts are in fact the best quality.

Case ID: 190509004

65. In fact, one of the shirts, the Alternative AA1070 has a five-star rating, but only has one review. *See* Ex. B.

66. Moreover, the Gildan G500 t-shirt, which is listed as Defendants' "cheapest" t-shirt has the same four-and-one-half star rating as the rest of the shirts in the "Best Quality" row, but has over seventeen thousand reviews, a fraction of the reviews for the others. *See* Ex. B.

67. Accordingly, Defendants' claim that those shirts are the "Best Quality" is unsubstantiated, misleading, and a misrepresentation.

68. Instead, upon information and belief, the shirts that Defendants claim are the "Best Quality" provide an increased profit margin for the Defendants and are knowingly mislabeled to convince consumers to purchase them over cheaper versions of the same or similar quality shirts.

69. Defendants' Blanks Website has countless other such misrepresentations of quality including "Softest Cotton," "Most Fashionable," "Best Men's Performance Products," "Best Women's Performance Products," and "Best Women's Sweatshirts."

70. Upon information and belief, these labels are used specifically to increase Defendants positioning within search engines and confuse customers into purchasing what is essentially a commodity good.

71. Upon information and belief, Defendants are aware that the representations are not factually accurate, and nevertheless knowingly and purposely make the misrepresentations to deceive consumers.

72. Defendants' conduct is likely to cause confusion to customers and to harm the retail apparel industry as a whole.

73. Further, Defendants' conduct is harmful to other companies in the apparel retail industry including Printfly's recently acquired subsidiary TDR.

Case ID: 190509004

## Misrepresentations about Sales and Discounts

74.     According to the "Bulk Discounts" page on the Blanks Website, Defendants offer free shipping for orders $49 and over and bulk discounts for orders over $80. (*See* Bulk Discounts Page attached hereto as **Exhibit "K"**).

75.     Defendants represent that the free shipping sale ends on September 30, 2019, at which point it reverts to free shipping only for orders over $150.  *See* Ex. K.

76.     Additionally, the bulk discount has regular discount percentages crossed out in lieu of an increased discount for orders over $250. *See* Ex. K.

77.     However, upon review of two archived versions of the page it is obvious that neither the free shipping sale, nor the bulk discount sale ever expire.

78.     In fact, in two pages, one from August 2017 and one from June 2017, Defendants had the exact same sales, purporting to expire at the end of August 2017 and June 2017.  (*See* Archived Bulk Discounts Pages attached hereto as **Exhibit "L"**).

79.     Upon information and belief Defendants' sales never expire, Defendants never charged shipping for orders between $60 and $150, and never actually charged customers the bulk discounts that are crossed out on the "Bulk Discounts" page.

80.     Separately, according to Defendants' page, the bulk discounts are applied automatically.

81.     However, Defendants' discounts and discount calculations are inaccurate because countless items on their website do not actually receive the advertised discount.

82.     By way of example only, for a $1,620.00 order of 1000 Gildan G500 t-shirts in white, the customer does not receive the 22% discount or any discount, irrespective of the quantity purchased. (*See* 1000 Gildan G500 Order Summary attached hereto as **Exhibit "M"**).

Case ID: 190509004

83. Further, for a $1,001.25 order of 375 Gildan G500 t-shirts in "Corn Silk" yellow, the discount is only $191.25, or 19.1% -- instead of the advertised 21% discount. (*See* 375 Gildan G500 in "Corn Silk" yellow Order Summary attached hereto as **Exhibit "N"**).

84. Accordingly, Defendants' representations about expiring sales, bulk discount rates, and automatically applied discounts are misrepresentations to the consumer.

85. Upon information and belief, Defendants conduct and misrepresentations are knowing, purposeful, and done for the purpose of funneling customers into products that are the most profitable for the Defendants.

86. Defendants' conduct is likely to cause confusion to customers and to harm the retail apparel industry as a whole.

87. Further, Defendants' conduct is harmful to other companies in the apparel retail industry including Printfly's recently acquired subsidiary TDR.

<u>**Misrepresentations about Exclusivity**</u>

88. According to the Blanks Website's "Contact Us" page, customers can "find the following <u>**Only**</u> at JiffyShirts.com!" (emphasis added):

- **Show all the product information we have.** That includes images, sizing information, descriptions, materials, material weight, and color samples.
- **Complete inventory information.** Don't worry about out-of-stock items or substitutions. We show which products are good for small or bulk orders. We won't sell what we don't have.
- **Shipping and delivery dates.** No unclear "usually ships", "shipping today" on a Sunday, or special shipping conditions. We check our warehouses and automatically ship the order to you as fast as possible at no extra charge.
- **Fastest shipping at no extra charge.** Don't pay more for Next Day shipping. We don't even have to offer this service. We use our national network of 10 warehouses to provide fast deliveries at UPS Ground rates.
- **Free or cheap shipping.** Just enter your address. We clearly show free or the cheap flat-rate shipping fee on the cart page. You do not need to create an account or give personal information first.
- **We won't change your order.** We never backorder, remove out-of-stock items and ship the rest, or substitute items. We show inventory information so you can buy what we have in stock.
- **Automatic bulk discounting.** You don't have to call and bargain hoping to get a fair price. We automatically give the maximum discount on bulk orders to all customers.
- **Tracking info emailed on the shipping day.** Don't worry about your package. We send the tracking information automatically.

Case ID: 190509004

- **We do not keep your credit card information.** Safer than phone or fax orders. We don't want people to see our information, why would you? Our staff never sees your complete credit card information. To protect you from hackers, we use advanced security. Once your order is complete, we delete this information from our system. For your protection, you must enter this private information for every order.
- **We respect and protect your privacy.** We never share your information. We delete all we can after shipping. We never harass you with junk email.

89.     However, Defendants are clearly not the only business entity in the apparel retail space that, by way of limited example only, shows all product information, shipping and delivery dates, free or cheap shipping, won't change orders, provide tracking info on the shipping day, and respects their consumers' privacy.

90.     By way of example only, Defendants claim that they are the only company that offers "complete inventory information."

91.     However, in addition to not providing "complete" inventory information, and maxing out their inventory numbers at 999 (unlike many of their competitors), Defendants ignore the fact that this feature appears on most blank apparel retailers as the data is made available to all blank apparel resellers by the blank apparel suppliers.

92.     Defendants make other similar "only JiffyShirts.com" claims throughout the Blanks Website.  By way of additional example, Defendants claim that "only JiffyShirts.com will provide a free return shipping label for your unwanted items!" *See* Ex. K.

93.     However, TDR, and many other companies in the blank apparel industry provide free return shipping label for unwanted items.

94.     Additionally, despite not owning any warehouses, Defendants claim that they check "our" warehouses for shipping and delivery dates, leading consumers to believe that they have physical locations, when in fact the company does not even list a physical address on its website— only a P.O. box.

Case ID: 190509004

95.     Defendants make this misrepresentation about owning or possessing warehouses throughout their website, when in fact these are the same warehouses that serve most of the industry.  Such misrepresentations include, checking "our 3 closest warehouses … Only at JiffyShirts.com!" and Defendants claim that they "invested in shipping quickly through our national warehouse network."  *See* Ex. K.

96.     In doing so, Defendants make the false claim that their customers get "orders the fastest and cheapest with JiffyShirts.com"

97.     Accordingly, Defendants' representations about their business and exclusivity in the industry regarding common services provided by other companies in the industry, including TDR, are misrepresentations to the consumer.

98.     Upon information and belief, Defendants conduct and misrepresentations are knowing, purposeful, and done for the purpose of misleading consumers into believing that certain services are available "only at JiffyShirts.com."

99.     Defendants' conduct is likely to cause confusion to customers and to harm the retail apparel industry as a whole.

100.    Further, Defendants' conduct is harmful to other companies in the apparel retail industry including Printfly's recently acquired subsidiary TDR.

**<u>Fake Reviews</u>**

101.    Upon information and belief the reviews on Jiffy's Blanks Website are not genuine.

102.    Upon cursory review of the Gildan G500 reviews, it appears that the review pages are static, pre-created and many of the Gildan G500 reviews are from the same individuals and contain the same or substantially the text.  However, those reviews appear on different days.

Case ID: 190509004

103.    By way of example only, on page 300 of the reviews, "Deborah" left **<u>eight</u>** reviews, all of which have a title of "Awesome!" and a comment of "Awesome!"  Those reviews occur on six separate dates from December 2016 through October 2017. (*See* Page 300 of the G500 reviews attached hereto as **Exhibit "T"**).

104.    By way of additional example, on page 303 of the reviews, "Deborah" left **<u>twelve</u>** reviews, that all have a title of "Awesome" and a comment of "Awesome". (*See* Page 303 of the G500 reviews attached hereto as **Exhibit "U"**).

105.    Notably, despite over seventeen thousand (17,000) reviews for the Gildan G500, there is not a single one-star or two-star review.

106.    Plaintiff repeated this process for various items on Defendants' Blanks Website, navigated to the last pages of reviews, and found countless names leaving dozens of reviews with the same or substantially the same titles and comments, including but not limited to: "Ardeart" "Ulisses" "Rodanica" "Jose" "Maria" "Angela" "J" dating back to the end of 2016 / beginning of 2017.

107.    Upon information and belief, Defendants knowingly and purposely created these fake reviews themselves in an effort to game and deceive search engine results with keywords relating to the product and misrepresentations about quality for their best selling and/or most profitable products.

108.    Upon information and belief, such fake review practices are rampant throughout the website and have contributed to the websites success dating back to end of 2016 / beginning of 2017.

109.    Jiffy operates a second website which was formerly hosted at www.dekeo.com but has been moved to www.jiffyshirts.com/print.

Case ID: 190509004

110. That website purports to be an online marketplace of apparel decorators ("Marketplace Website") that perform the same tasks and services as ROT. (*See* screenshot of decorators on the Marketplace Website attached hereto as **Exhibit "O"**).

111. When Defendants were preparing to launch the Marketplace Website they contacted Printfly's flagship website, ROT, to be one of the decorators on the website, but Printfly declined to participate.

112. When Defendants launched the website, listing more than 50 decorators, the decorators appeared to have reviews almost instantly. *See* Ex. O.

113. This was suspicious because the Marketplace Website provides no method by which a customer could actually leave a review for a decorator.

114. Upon closer inspection, it appears that the reviews are almost all five-stars and created on or about the same day for each decorator.

115. By way of limited example only, all sixteen reviews for "Kirkwood Trading Company" are five-star reviews and were all created on June 25, 2019. (*See* Kirkwood reviews page attached hereto as **Exhibit "P"**).

116. By way of additional example, all fifteen reviews for "Teeth Like Swords Printing" are five-star reviews, and fourteen of the fifteen reviews were created on July 19, 2019 (the fifteenth was created on July 20, 2019). (*See* Teeth Like Swords reviews page attached hereto as **Exhibit "Q"**).

117. By way of additional example, all twelve reviews for "Paper Root Printing Co" were created on July 5, 2019, and eleven of the twelve reviews are five-star reviews (the twelfth is a four star review). (*See* Paper Root Reviews page attached hereto as **Exhibit "R"**).

Case ID: 190509004

118.    Notably, there were no reviews for any of those companies before or after the date on which all of the reviews were posted on the Marketplace Website.

119.    Upon information and belief, Defendants created fake reviews to falsely attribute quality to their Marketplace Website and create confusion about the apparel decorators they market.

120.    Such conduct is likely to harm other apparel decorators, including Printfly's flagship company, ROT.

121.    To the extent that Defendants created fake reviews for their Marketplace Website, they also knowingly and purposely made misrepresentations of fact about the products and product offerings on their website.

### Solicitation Using Converted Confidential Lists

122.    Separately, upon information and belief, Defendants Decorated Apparel Business has solicited and continues to solicit decorators seeking to compete with ROT from a proprietary and confidential list that was unlawfully obtained by one of Defendants' executive level employees, Buchanan from his prior employer Alpha.

123.    Additionally, upon information and belief, Defendants are soliciting customers for their Marketplace Website from this proprietary and confidential list as well.

124.    Upon information and belief, Defendants' CEO, Serflek knew or should have known that Buchanan unlawfully retained the list and that Buchanan was soliciting from an unlawfully obtained list, but nevertheless instructed and/or allowed him to proceed.

125.    The use of this list has granted Defendants access to decorators and customers' contact information that they wouldn't otherwise possess and enabled them to build and market their Decorated Apparel Business much faster than they would have been able to otherwise.

Case ID: 190509004

126. Defendants ability to obtain in excess of 50 decorators in a short period of time for their Decorated Apparel Business, in reliance on unlawfully retained customer information amounts to unfair competition and has caused and/or is likely to cause harm to competition in the apparel industry, including to the Plaintiff.

## COUNT I
## (FALSE AND DECEPTIVE ADVERTISING – LANHAM ACT 15 U.S.C. § 1125(a)(1)(B))
## PRINTFLY v. ALL DEFENDANTS

127. Plaintiff incorporates all preceding paragraphs as though set forth fully herein.

128. The Lanham Act's relevant section provides:

> Any person who, on or in connection with any goods or services, or any container for goods, uses in commerce any word, term, name, symbol, or device, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which ... in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or her or another person's goods, services or commercial activities, shall be liable in a civil action by any person who believes that he or she is or is likely to be damaged by such act.

15 U.S.C. § 1125(a)(1)(B).

129. As described above, Defendants have engaged in various acts of false advertising and deceptive trade practices regarding their products, including without limitation, (i) using bait and switch pricing tactics; (ii) falsely claiming that they offer the "cheapest" products; (iii) misrepresenting the quality of their products as the "best" products; (iv) continuously running the same artificial promotions; and (v) misrepresenting retail pricing and bulk order discounts.

130. Defendants' false and misleading representations have deceived and/or have a tendency to deceive a substantial portion of customers seeking to purchase blank and decorated apparel.

Case ID: 190509004

131.    Defendants' false and misleading representations regarding price, quality, expiring promotions, and bulk order discounts are material and likely to influence purchase decisions.

132.    Defendants' false and misleading representations have caused and/or are likely to cause consumer confusion, mistake, or deception as to the quality, accuracy, and legitimacy of Defendants' products and information about those products.

133.    Defendants' operation of an online retail website resulted in the goods traveling in interstate commerce.

134.    There is a likelihood of injury to Plaintiff's subsidiary TDR and other apparel retailers in the blank and decorated apparel space resulting from Defendants' conduct.

135.    Upon information and belief, Defendants' unlawful conduct, which dates back to at least 2016 has helped propel Defendants in the resale of blank apparel space at the expense of other companies in the industry.

136.    The ongoing acts of Defendants constitute false and deceptive advertising in violation of Section 43(a)(1)(B) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(B).

137.    Issuance of injunctive relief is justified by Defendant's conduct, is needed to avert irreparable harm, is justified by the balance of the equities, and is in the public interest.

138.    Pursuant to 15 U.S.C. § 1117(a), Plaintiff is entitled to an Order requiring Defendants to account for any and all profits and other ill-gotten gains Defendants derived from their misrepresentations as to the nature, characteristics and qualities of its goods and services in commercial advertising and promotion, and to an Order awarding all damages sustained by reason of Defendants' conduct.

139.    Defendants' actions have been willful, malicious and fraudulent, with knowledge of the likelihood of deception, and with intent to deceive.

Case ID: 190509004

140.    Pursuant to 15 U.S.C. § 1117(a), Plaintiff is entitled to recover multiplied or enhanced damages.

141.    This is an "exceptional case" under 15 U.S.C. § 1117(a), and therefore Plaintiff is entitled to an award of attorneys' fees and costs.

**WHEREFORE**, Printfly requests a judgment in its favor against Defendant including a finding that Defendants willfully engaged in false advertising in violation of the Lanham Act, causing harm in excess of $50,000, including but not limited to disgorgement of all profits realized by Defendants as a result of its unfair competition and false advertising, plus, to the extent available, an award of treble damages of three times the amount of Defendants' illicit profits, and reasonable attorneys' fees and costs, along with pre-judgment interest, and injunctive relief compelling Defendants to remove from public view any and all such false advertising, together such other relief as the Court deems equitable and just.

### COUNT II
### (FALSE AND DECEPTIVE ADVERTISING – LANHAM ACT 15 U.S.C. § 1125(a)(1)(A))
### PRINTFLY v. ALL DEFENDANTS

142.    Plaintiff incorporates all preceding paragraphs as though set forth fully herein.

143.    The Lanham Act's relevant section provides:

> Any person who, on or in connection with any goods or services, or any container for goods, uses in commerce any word, term, name, symbol, or device, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which ... is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person, or, shall be liable in a civil action by any person who believes that he or she is or is likely to be damaged by such act.

> 15 U.S.C. § 1125(a)(1)(A).

Case ID: 190509004

144.     As described above, Defendants have made false or misleading representations of fact and quality in the reviews on their Blanks Website and on their Decorative Website by creating and posting fake reviews on their website.

145.     Defendants' false and misleading representations have deceived and/or have a tendency to deceive a substantial portion of customers seeking to decorated apparel and have, upon information and belief, deceived search engines (including Google) resulting in higher positioning in search results.

146.     Defendants' false and misleading representations are likely to influence purchase decisions.

147.     Defendants' false and misleading representations have caused and/or are likely to cause consumer confusion, mistake, or deception as to the quality, accuracy, and legitimacy of Defendants' products and information about those products.

148.     Defendants' operation of an online retail website resulted in the goods traveling in interstate commerce.

149.     There is a likelihood of injury to Plaintiff's flagship brand ROT, subsidiary TDR and other apparel retailers in the blank and decorated apparel space resulting from Defendants' conduct.

150.     Upon information and belief, Defendants' unlawful conduct, which dates back to at least 2016 has helped propel Defendants in the resale of apparel space at the expense of other companies in the industry.

151.     The ongoing acts of Defendants constitute false and misleading representations of fact relating to the approval of Defendants' goods in violation of Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A).

Case ID: 190509004

152. Issuance of injunctive relief is justified by Defendant's conduct, is needed to avert irreparable harm, is justified by the balance of the equities, and is in the public interest.

153. Pursuant to 15 U.S.C. § 1117(a), Plaintiff is entitled to an Order requiring Defendants to account for any and all profits and other ill-gotten gains Defendants derived from their misrepresentations and to an Order awarding all damages sustained by reason of Defendants' conduct.

154. Defendants' actions have been willful, malicious and fraudulent, with knowledge of the likelihood of deception, and with intent to deceive.

155. Pursuant to 15 U.S.C. § 1117(a), Plaintiff is entitled to recover multiplied or enhanced damages.

156. This is an "exceptional case" under 15 U.S.C. § 1117(a), and therefore Plaintiff is entitled to an award of attorneys' fees and costs.

**WHEREFORE**, Printfly requests a judgment in its favor against Defendant including a finding that Defendants willfully engaged in false advertising in violation of the Lanham Act, causing harm in excess of $50,000, including but not limited to disgorgement of all profits realized by Defendants as a result of its unfair competition and false advertising, plus, to the extent available, an award of treble damages of three times the amount of Defendants' illicit profits, and reasonable attorneys' fees and costs, along with pre-judgment interest, and injunctive relief compelling Defendants to remove from public view any and all such false advertising, together such other relief as the Court deems equitable and just.

**COUNT III**
**(PENNSYLVANIA COMMON LAW UNFAIR COMPETITION)**
**PRINTFLY v. ALL DEFENDANTS**

157. Plaintiff incorporates all preceding paragraphs as though set forth fully herein.

Case ID: 190509004

158. Pennsylvania's common law cause of action for unfair competition mirrors the Lanham Act's cause of action for unfair competition, except that under state law, there is no requirement that the goods traveled through interstate commerce. *See Louis Vuitton Malletier & Oakley, Inc. v. Veit*, 211 F.Supp.2d 567, 582 (E.D. Pa. 2002), amended (June 28, 2002).

159. As set forth above, Defendants have made material misrepresentations of fact and have engaged in deceptive trade practices regarding their products, including without limitation, (i) using bait and switch pricing tactics; (ii) falsely claiming that they offer the "cheapest" products; (iii) misrepresenting the quality of their products as the "best" products; (iv) continuously running the same artificial promotions; (v) misrepresenting retail pricing and bulk order discounts; and (vi) posting fake reviews on their websites.

160. Defendants' false and misleading representations have deceived and/or have a tendency to deceive a substantial portion of customers seeking to purchase blank and decorated apparel.

161. Defendants' false and misleading representations have deceived and/or have a tendency to deceive search engine results and falsely attribute quality and priority to Defendants' search engine listings.

162. Defendants' false and misleading representations regarding price, quality, expiring promotions, and bulk order discounts are material and likely to influence purchase decisions.

163. Defendants' false and misleading representations have caused and/or are likely to cause consumer confusion, mistake, or deception as to the quality, accuracy, and legitimacy of Defendants' products and information about those products.

Case ID: 190509004

164.    Defendants conduct is aimed at diverting business from other companies in the blank and decorated apparel industry, including Plaintiff, by means of fraudulent misrepresentations and misleading advertising.

165.    There is a likelihood of injury to Plaintiff's flagship brand, ROT and Plaintiff's subsidiary TDR and other apparel retailers in the blank and decorated apparel space resulting directly from Defendants' conduct.

166.    Upon information and belief, Defendants' unlawful conduct, which dates back to at least 2016 has helped propel Defendants in the resale of apparel space at the expense of other companies in the industry.

167.    Defendants' engaged in such deceptive and misleading conduct in an effort to increase sales of its products.

168.    Defendants have made and continue to make substantial profits as a result of their deceptive and misleading conduct.

169.    Defendants' conduct is improper, unlawful, and in violation of Pennsylvania Common Law relating to unfair competition and misleading advertising.

170.    Defendants' conduct is knowing, purposeful, and reckless and justifies the imposition of exemplary damages.

171.    Plaintiff has no adequate remedy at law and are entitled to preliminary and permanent injunctive relief.

**WHEREFORE**, Printfly requests a judgment in its favor against Defendant including a finding that Defendants willfully engaged in fraudulent misrepresentations about their business and misleading advertising under the Pennsylvania Unfair Competition Act, causing harm in excess of $50,000, including but not limited to disgorgement of all profits realized by Defendants

Case ID: 190509004

as a result of its misrepresentations and misleading statements, plus, to the extent available, exemplary damages, Plaintiff's attorneys' fees and costs incurred in bringing and maintaining this action, along with pre-judgment interest, and injunctive relief compelling Defendants to remove from public view any and all such misrepresentations and misleading advertising, together such other relief as the Court deems equitable and just.

Respectfully Submitted,

**BOCHETTO & LENTZ, P.C.**

Date: January 15, 2020

By: _____
Anton Kaminsky, Esquire
*Attorney for Plaintiff*

Case ID: 190509004

## <u>VERIFICATION</u>

I, Kane Posner, hereby verify that the statements made in the foregoing *Amended Complaint* are true and correct to the best of my knowledge, information and belief. I am aware that false statements of fact made knowingly are subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities.

_____ September 23, 2019 _____
Date

Kane Posner, Executive Vice President
Printfly Corporation

# EXHIBIT "A"



Filed and Attested by the
Office of Judicial Records
15 JAN 2020 02:49 pm
S. RICE

# WORK PRODUCT REDACTION

---------- Forwarded message ---------
From: **JiffyShirts.com Orders** <orders@jiffyshirts.com>
Date: Fri, May 17, 2019 at 4:26 PM
Subject: Order 22649958 Confirmation
To: <glentz@bochettoandlentz.com>



# Order Confirmation
## Order 22649958

Hi Gavin,
Thank you for shopping with JiffyShirts.com! Here is your order summary.

## Shipping Address:

Gavin Lentz
1524 Locust St
PHILADELPHIA , PA  19102

**Billing Address:**

Gavin Lentz
1524 Locust St
PHILADELPHIA , PA  19102

## Your Order

| | | |
|---|---|---|
| Product Total: | $7.63 | |
| Shipping: | $7.95 | |
| **Total:** | **$15.58** | |

| | |
|---|---|
| **Order #:** | **22649958** |
| Order Date: | Fri, May 17, 2019 |
| Payment: | American Express XXXX-XXXX-XXXX-7001 |
| Shipping: | UPS Ground |
| Delivery: | Mon, May 20, 2019 |

## Delivery: Arriving Mon, May 20, 2019

### Unisex Triblend Short-Sleeve T-Shirt

Teal Triblend
L

BELLA+CANVAS.
LOS ANGELES
3413C

| **$7.63** | 1 | **$7.63** |
|---|---|---|

Case ID: 190509004



Please inspect your delivered order.
Claims for missing, wrong, or damaged items must be made within
3 days of final delivery (by Thu, May 23, 2019).
Returns within 45 days (by Mon, July 1, 2019).

 Return, Refunds & Exchanges
Read More

 Have a Question?
Contact Us

Copyright 2004-2019 JiffyShirts.com

--
**Gavin P. Lentz, Esquire**
Bochetto & Lentz P.C.
1524 Locust St.
Philadelphia, PA 19102
215-735-3900
www.bochettoandlentz.com

Case ID: 190509004



Begin forwarded message:

**From:** "JiffyShirts.com Orders" <orders@jiffyshirts.com>
**Date:** May 17, 2019 at 7:05:49 PM EDT
**To:** glentz@bochettoandlentz.com
**Subject: Shipment for Order 22649958**



# Shipment Confirmation
## Order 22649958

Hi Gavin,

Shipment for Order# 22649958 has shipped from our warehouse. The details are below.

**Shipment Details**

**Shipping To:**
Gavin Lentz
1524 Locust St
PHILADELPHIA, PA
19102 4401

**Shipping:**
UPS Ground
**Tracking:**
1ZA82T890307894968

**View Tracking Information**

**Delivery: Arriving Mon, May 20, 2019**

## Unisex Triblend Short-Sleeve T-Shirt

Teal Triblend
L

BELLA+CANVAS.
LOS ANGELES
**3413C**

Case ID: 190509004



**$7.63**       **1**       **$7.63**

Please inspect your delivered order.
Claims for missing, wrong, or damaged items must be made within
3 days of final delivery (by Thu, May 23, 2019).
Returns within 45 days (by Mon, July 1, 2019).

 Return, Refunds & Exchanges
Read More

 Have a Question?
Contact Us

Copyright 2004-2019 JiffyShirts.com

Case ID: 190509004

# WORK PRODUCT REDACTION

Begin forwarded message:

**From:** "JiffyShirts.com Orders" <orders@jiffyshirts.com>
**Date:** May 21, 2019 at 1:46:12 AM EDT
**To:** glentz@bochettoandlentz.com
**Subject: Your shipment was delivered! Jiffyshirts Order 22649958**



# Shipment Delivered
## Order 22649958

Hi Gavin,

Delivery for Order# 22649958 was delivered.

`RECEIVED AT: Mon, May 20, 2019 4:23 PM EDT`

Thanks for shopping with JiffyShirts.com!

### Shipment Details

**Shipping To:**
Gavin Lentz
1524 Locust St
PHILADELPHIA, PA
19102 4401

**Shipping:**
UPS Ground
**Tracking:**
1ZA82T890307894968

**View Tracking Information**

**Delivery: Delivered Mon, May 20, 2019**

## Unisex Triblend Short-Sleeve T-Shirt

Case ID: 190509004



Teal Triblend
L

BELLA+CANVAS.
LOS ANGELES

3413C

$7.63     1     $7.63

Please inspect your delivered order.
Claims for missing, wrong, or damaged items must be made within
3 days of final delivery (by Thu, May 23, 2019).
Returns within 45 days (by Mon, July 1, 2019).
Return Items

 Return, Refunds & Exchanges
Read More

 Have a Question?
Contact Us

Copyright 2004-2019 JiffyShirts.com

Case ID: 190509004

# EXHIBIT "B"

Case ID: 190509004



Case ID: 190509004

# EXHIBIT "C"

Case ID: 190509004



Case ID: 190509004

# EXHIBIT "D"

Case ID: 190509004







Case ID: 190509004

# EXHIBIT "E"

Case ID: 190509004

Cotton (1,369)
Certified
Organic (31)
Combed
Ringspun (272)
Organic (51)
Preshrunk (208)
Recycled (27)
Ringspun (237)
USA
Certified (10)
Denim (17)
Lycra (11)
Nylon (45)
PVC (3)
Performance (193)
Polyester (1,640)
Rayon (133)
Spandex (236)

**Thickness**
Light (under 5oz)
(2,718)
Regular (5-6oz) (5)
Heavy (over 6oz)
(3)

**Size**
One Size (561)
XXS (14)
XS (717)
XS/S (2)



Adult Unisex 5.5 oz., 50/50 T-
Shirt    Unisex Men's 5.1 oz. Tagless®
T-Shirt    Adult Unisex 5.2 oz.
ComfortSoft® Cotton T-Shirt    Adult Unisex 5.2 oz., 50/50
EcoSmart® T-Shirt

## Softest Unisex T-Shirts

from **$2.74**  ANVIL
(Top Seller) (Soft Feel)
★★★★☆ (2304)    980
Lightweight T-Shirt

from **$5.29**  BELLA+CANVAS
★★★★☆ (546)    3650
Unisex Poly-Cotton Short-
Sleeve T-Shirt

from **$2.88**  FRUIT&LOOM
★★★★☆ (166)    SF45R
Adult Unisex 4.7 oz. Sofspun®
Jersey Crew T-Shirt

from **$5.29**
★★★★☆ (81)    102A
Unisex Triblend Short-Sleeve
T-Shirt

## Safetywear

Case ID: 190509004



# Unisex Poly-Cotton Short-Sleeve T-Shirt

Rating: ★★★★½    Recommend: 97%    Reviews: 546

**SAVE 57%**

| Retail | All Colors |
|---|---|
| $12.18 | |
| sizes XS - XL | **$5.29** |

**BULK BUYERS**

| Cart Above | All Colors |
|---|---|
| $80 | $5.29 |
| $150 | $5.29 |
| $250 | $5.00 |
| $500 | $4.92 |
| $1,000 | $4.76 |
| $1,750 | $4.44 |
| $3,800 | $4.44 |

Use Bulk Buyer Order Entry

**BELLA+CANVAS**
LOS ANGELES

Model: 3650
Cotton: 52%
Weight: 3.6 Oz
Sizes: XS, S, M, L, XL, 2XL

Features:
▸ Tear-away label
▸ Unisex sizing
▸ Sideseamed
▸ Retail fit
▸ Speckled - 3.8 oz., 50% poly, 25%combed ringspun cotton, 25% rayon, 30 singles
▸ Slub - 3.8 oz., 50% poly, 37.5%combed ringspun cotton, 12.5% rayon, 30 singles
▸ Black Mineral Wash is 4.2 oz., 100% Airlume combed and ring-spun cotton, 32 singles
▸ Acid wash colors - 4.2 oz., 52% combed ringspun cotton, 48% poly, 30 singles
▸ Marble colors are 4 oz., 91% polyester, 9%combed ringspun cotton, 30 singles
▸ 40 singles
▸ 3.6 oz., 52% combed and ringspun cotton, 48% polyester

See Similar Products

## 1. Pick Color

Pick Color — Black Marble

## 2. Choose Size & Enter Quantities

| XS | S | M | L | XL |
|---|---|---|---|---|
| ~~$12.18~~ $7.40 | | | | |

| 2XL |
|---|
| ~~$18.18~~ $9.56 |

**ADD TO CART**

Prices already bulk discounted

Free Return Shipping
Try it on. Not for you? Easy Returns.
Free return shipping labels for the next 45 days.

Bella+Canvas 3650 Unisex Poly-C ×    +

JiffyShirts.com (US) L.P. [US] | jiffyshirts.com/bellacanvas-3650.html?ac=Black+Mar...

Search for products    Sign in  Your Orders  Contact Us    View Cart  300

**T-SHIRTS   SWEATSHIRTS   POLOS   PANTS   HATS   BAGS   MORE**

LOWEST TOTAL PRICE    BULK DISCOUNT IN EFFECT    FREE SHIPPING FOR THIS ORDER    ORDER BY 6PM SHIPS TODAY    FREE RETURNS    DELIVERY DATE IN CART

4.8 ★★★★★
Google
Customer Reviews

Case ID: 190509004

# EXHIBIT "F"

Case ID: 190509004



jiffyshirts - Google Search

google.com/search?q=jiffyshirts&rlz=1C1CHBF_enUS832US832&oq=jiffyshirts&aqs=chrome..69i57j0j69i60l4.2111j0j4&sourceid=chrome&ie=UT...

Google

jiffyshirts

All · Shopping · Images · News · Maps · More · Settings · Tools

About 174,000 results (0.42 seconds)

JiffyShirts.com | T-Shirts For Cheap At $1.75
Ad www.jiffyshirts.com/Apparel/Online
We Offer Fashionable, Comfortable and High-Quality T-Shirts For Both Men and Women. Fast Delivery, Bulk Discounts, Always In Stock & Cheapest Prices. Buy Today. Ships today. Free shipping & Returns. Bulk discounts. Types: T-Shirts, Sweatshirts, Pants & Shorts, Polo Shirts.

Women's Shirts
137 Different Styles of Women's Shirts Available at Low Prices.

Men's Polos
Shop Popular Brands in a Variety of Sizes and Colors

Wholesale Jiffyshirts | ShirtChamp.com
Ad www.shirtchamp.com/
Bulk **Jiffyshirts**. Fast Delivery & Free Shipping - Always In Stock
Gildan T-shirts Wholesale · Sweatshirts Wholesale · Wholesale Golf Shirts

$1.68 - Blank Tees | Fast Free Delivery | CheapesTees.com
Ad www.cheapestees.com/
Free Returns - Lowest Prices Online. Family Owned And Operated. Multiple Payment Options.
Short Sleeve T-Shirts · Long Sleeve T-Shirts · Women's T-Shirts · Youth & Baby T-Shirts

Wholesale Blank Shirts - JiffyShirts.com
https://www.jiffyshirts.com
**JiffyShirts**.com has the lowest prices fastest delivery. Shop for cheap Blank Shirts, T-shirts, polo shirts, jackets, Tee Shirts, knit shirts, fleece pullovers, denim ...

Bella+Canvas
Ladies' Jersey Short-Sleeve Deep V-Neck T-Shirt. Bella+Canvas ...

Gildan
Top Seller; Sale. Adult Unisex Heavy Cotton™ 5.3 oz. T-Shirt ...

Blank T-Shirts
Long Sleeve - Hanes 5250T Candy Orange - Tank Tops - ...

Kid's Shirts
Shop for cheap Blank Shirts, T-shirts, polo shirts, jackets, Tee ...

Case ID: 190509004

# EXHIBIT "G"

Case ID: 190509004



## Order Summary

**Shipping Address**

WILLIAMSBURG, VA
23185
United States

**Billing Address**

WILLIAMSBURG, VA
23185
United States

**Order Total**

| | |
|---|---|
| Product Total: | $1.62 |
| Shipping: | $5.95 |
| Applicable Sales Tax: | $0.12 |
| Processing Tax Fee: | $0.83 |
| **Total:** | **$8.52** |

**Contact Information**

**Payment Information**

## Your cart: 1 item
Delivery: Arriving Tue, Sep. 24, 2019

Adult Unisex Heavy Cotton™ 5.3 oz. T-Shirt

White
L

**GILDAN**
G500

$1.62          1          $1.62

Case ID: 190509004

# EXHIBIT "H"

Case ID: 190509004



**Your Order Summary**

Add Notes or Special Instructions

**Continue to Next Step**

Test   Edit Design   Remove this Design   Add Garment

G500 by Gildan Adult 5.3 oz. T-Shirt

Color : White
L-1
Edit Sizes

1 items

(5.94)  4.16
4.16 each

+ Add Another Color

+ Add Another Design

**Choose your Delivery Date**

Free Standard Delivery
Save 30% off your entire order            Guaranteed on October 4

Rush Your Delivery            Guaranteed as early as September 20

Super Saver Delivery
Save 32.10% off your entire order            Guaranteed on October 7

| | |
|---|---|
| Subtotal | 30.15 |
| Standard Delivery - 30.00% Off | -25.99 |
| Shipping & Handling | FREE |
| Sales Tax | 0.29 |
| Voucher | |
| Grand Total (1 items) | 4.45 |

**Continue to Next Step**

Or Checkout With

Pay with PayPal          Pay with amazon

Shipping

Chat with an Expert

Case ID: 190509004

# EXHIBIT "I"

Case ID: 190509004








Live Help Chat Now

**Products**

- Short Sleeve T-Shirts
- Polo Shirts
- Sweatshirts / Fleece / Outerwear
- Sweatpants/Shorts
- Long Sleeve T-Shirts
- Women's / Junior Tees & Sweats
- Youth, Infant, Toddler T-Shirts
- Pocket T-Shirts
- Tank Tops
- Hats
- Bags & Totes
- Embroidery
- Screen Printing
- Family Reunion T-Shirts
- Bulk Discounts
- School Purchase Orders
- Embroidery Specials

**Shop by Brand**

**Customer Support**

- Contact Us
- Shipping & Delivery
- Return Policy
- Pay By Check
- Can't Find It?
- Tell A Friend
- About Us

>> See What Customers Say...



T-Shirts, Polos, Sweatshirts... | SEARCH

Shipping | Confirmation

Secure Shopping
128-BIT SSL v2/v3

Get Shipping and Billing information from PayPal

PayPal | Pay with your bank account, credit card or balance without sharing your financial information. | Get PayPal Info





| Your Order | |
|---|---|
| **Item** | **Cost** |
| 1  Gildan Lightweight 100% Cotton T-Shirt Color : White Size : L | $1.84 |
| Subtotal: | $1.84 |
| Shipping: | $3.95 |
| Tax: | $0.13 |
| Total: | $5.92 |

**Shipping Information**

**Shipping Address**

Email Address:
Email Address

First Name:
First Name

Last Name:
Last Name

Street Address:
Address

Suite or Apt #:

City:                State:
City                 VA Virginia

Zip Code:            Phone:
23185                Phone Number

☑ Please Send Discounts For CheapesTees.com

☐ Would you like Yahoo Small Business to send you an email asking you to rate this merchant?

**Shipping Options**

⦿ $3.95  USPS First Class (3-6 days)
   Get By Mon, Sep 23

◯ $5.95  SurePost Economy (2-5 days)
   Get By Mon, Sep 23

◯ $7.95  FedEx Ground
   Get By Fri, Sep 20

**Billing Information**

**Billing Address (Where Your Credit Card Statement is Sent)**

⦿ Same as Shipping

◯ Other

**Payment Method**

Pay using Credit Card

VISA  MasterCard  AMERICAN EXPRESS  DISCOVER

Card or account number:
Card Number

Expiration month:    Expiration year:
----                 ----

Card Verification Number:

What's This?    1234 1234 1234 1234 579

card verification number

**OR**

**Pay using PayPal**

PayPal | Pay with your bank account, credit card or balance without sharing your financial information. Go to PayPal

Case ID: 190509004

# EXHIBIT "J"

Case ID: 190509004



Case ID: 190509004

# EXHIBIT "K"

Case ID: 190509004

# *Free Shipping at $49 - Free Return Shipping All Orders - 45 Days Returns*

## Automatic Bulk And Shipping Discounts

**Discounted Shipping Rates**

| Cart Total | Shipping Rate |
|---|---|
| Cart Total $49 & Over | **FREE SHIPPING!** (sale ends Mon, Sep. 30, 2019 - regular $150 and over) |
| Under $49 | Ships for only $5.95 |

## No Hassle Bulk Discounts

Orders $80 and up are automatically discounted.
The discount percentage increases with higher cart totals. Spend more, save more!

| Cart Total | Discount |
|---|---|
| $80 - $149.99 | 4% |
| $150 - $249.99 | 10% |
| $250 - $499.99 | ~~12%~~ 19% |
| $500 - $999.99 | ~~14%~~ 21% |
| $1000 - $1749.99 | ~~15%~~ 22% |
| $1750 - $3799.99 | ~~16%~~ 23% |
| $3800 & Up | ~~17%~~ 24% |

## Sale Discounts

Sale items are already reduced from the regular selling price. All orders receive this discount regardless of size.

Sale items may receive additional bulk discounts but usually to a lower maximum rate. The bulk discounts are applied until the maximum percentage is reached.

For example, if a product has a max Bulk Discount of 5%, then 5% is the largest bulk discount to be applied regardless of a cart's total.

**The more you add to your cart, the more you save!**
**No need to ask. No hassle! Your total is automatically discounted in the shopping cart.**

  

## Easy Returns

See how we make it easy:

- Buy now and return anytime in the next 45 days.
- Only JiffyShirts.com will provide a free return shipping label for your unwanted items!
- JiffyShirts.com does not charge a restock fee for your return.

Find full details and exceptions on returns here. Enter your return request quickly here.

## 98% of orders can be delivered in 1 or 2 days at NO EXTRA CHARGE!

**Our Fastest Shipping Times With UPS Ground**

4.8 ★★★★★
Google
Customer Reviews

Case ID: 190509004



## Shipping - Trust JiffyShirts.com to Deliver!

*thank you again for the prompt --speedy speedy service. I am amazed!! Thanks* -Jackie

*We look forward to continuously ordering from you all* -Monica

*Thank you for your quick service* - Drago

*I was extremely impressed with your response time* - Joey, LA

*Thank you for your notification of shipment of this order* - Sandy

*Thanks for delivering the shirts so quickly* - Marcus

*I received my order today I could not believe how quickly I received it. Thank you for your promptness* - Suzanne

## Here are Some Answers to Frequently Asked Questions about Shipping.

**Is it really this fast? Are these dates real?**
These dates are real! Our customers can't believe how fast we delivered.

Our dates come directly from UPS based on your shipping address and our 3 closest warehouses. That means at least 3 warehouses could deliver your order by this date. Only at JiffyShirts.com!

We would not order without a delivery date...why should you?

**Am I charged extra for "split" or "partial" shipping?**
Never. The S & H charge is final. Almost all orders ship from one warehouse. If we need to ship from more than one warehouse, JiffyShirts.com pays...not you!

**Why is shipping so cheap?**
The answer is simple. We hate paying shipping as much as you do.
So we offer the lowest total price by charging the lowest price for products and the lowest price for shipping. This is cheaper for our customers than hiding shipping costs in our product prices.

**Please Note:** "UPS Ground" delivery times are not guaranteed. The dates are accurate 99% of the time.

## Why JiffyShirts.com Is Different

We want to deliver your shirts quick and cheap. We understand that you may be buying for your company, Church, community group, or a personal event. We know you have important deadlines.

More people making large group purchases use JiffyShirts.com to deliver.

This is why we have invested in shipping quickly through our national warehouse network and directly linking to UPS for delivery dates. Our customers can count on getting what they ordered when they need it. This also means you get your orders the fastest and cheapest with JiffyShirts.com.

To get shipping times and cost, simply add items to your cart. Then enter your shipping City, State, and Zip Code. You will s
an estimated delivery date.

Case ID: 190509004

We will send you a UPS Tracking Number the same day your order ships.

Alaska and Hawaii shipping not offered.

At this time, we only ship within the USA. No international orders.

## Payment

We accept Visa, MasterCard, JCB, Discover and American Express credit cards.

We also accept PayPal.

We do not accept P.O. numbers, wires, or checks.

4.8 ★★★★★
Google
Customer Reviews

Case ID: 190509004

# EXHIBIT "L"

Case ID: 190509004



**228 captures**
1 Apr 2007 - 13 Nov 2017



Toggle navigation

- Bulk Discount at $80
- Free Shipping at $59 $49
- Order by 6pm Ships Today
- Free Returns
- Delivery Date in cart



- My Orders
- Contact Us

Search for products

- T-Shirts
- Sweatshirts
- Polos
- Pants
- Hats
- Bags
- More
  - Jackets
  - Shorts
  - High Viz
  - Work Shirts
  - Towels
  - Aprons
  - Blankets

 view cart

- My Orders
- Contact Us

Filter Filter

Search for products

**Sorry, we do not ship to AK, DE, HI, AA, AE, AP or any other location outside of the mainland.**

Case ID: 190509004



https://www.jiffyshirts.com/shipping    Go    JUN **JUL** AUG
228 captures                                   ◀ **04** ▶
1 Apr 2007 - 13 Nov 2017                      2016 **2017** 2018
                                              ▼ About this capture

# Automatic Bulk And Shipping Discounts

## Discounted Shipping Rates

| Cart Total | Shipping Rate |
|---|---|
| Cart Total $49 & Over | **FREE SHIPPING!** (sale ends July 31st, 2017 - regular $150 and over) |
| Under $49 | Ships for only 5.95 |

## No Hassle Bulk Discounts

Orders $80 and up are automatically discounted.
The discount percentage increases with higher cart totals. Spend more, save more!

# Anniversary Sale

| Cart Total | Discount |
|---|---|
| $80 - $149.99 | 4% |
| $150 - $249.99 | 10% |
| $250 - $499.99 | ~~12%~~ 19% |
| $500 - $999.99 | ~~14%~~ 21% |
| $1000 - $1749.99 | ~~15%~~ 22% |
| $1750 - $3799.99 | ~~16%~~ 23% |
| $3800 & Up | ~~17%~~ 24% |

## Sale Discounts

Sale items are already reduced from the regular selling price. All orders receive this discount regardless of size.

Sale items may receive additional bulk discounts but usually to a lower maximum rate. The bulk discounts are applied until the maximum percentage is reached.

For example, if a product has a max Bulk Discount of 5%, then 5% is the largest bulk discount to be applied regardless of a cart's total.

**The more you add to your cart, the more you save!**
**No need to ask. No hassle! Your total is automatically discounted in the shopping cart.**






Case ID: 190509004



- Buy now and return or exchange anytime in the next 45 days.
- Only JiffyShirts.com will provide a free return shipping label for your unwanted items!
- JiffyShirts.com does not charge a restock fee for your exchange or return.

Find full details and exceptions on exchanges and returns here. Enter your exchange or return request quickly here.

# 98% of orders can be delivered in 1 or 2 days at NO EXTRA CHARGE!

**Our Fastest Shipping Times With UPS Ground**



# Shipping - Trust JiffyShirts.com to Deliver!

*thank you again for the prompt --speedy speedy service. I am amazed!! Thanks* -Jackie

*We look forward to continuously ordering from you all* -Monica

*Thank you for your quick service* - Drago

*I was extremely impressed with your response time* - Joey, LA

*Thank you for your notification of shipment of this order* - Sandy

*Thanks for delivering the shirts so quickly* - Marcus

Case ID: 190509004

# Here are Some Answers to Frequently Asked Questions about Shipping.

**Is it really this fast? Are these dates real?**
These dates are real! Our customers can't believe how fast we delivered.

Our dates come directly from UPS based on your shipping address and our 3 closest warehouses. That means at least 3 warehouses could deliver your order by this date. Only at JiffyShirts.com!

We would not order without a delivery date...why should you?

**Am I charged extra for "split" or "partial" shipping?**
Never. The S & H charge is final. Almost all orders ship from one warehouse. If we need to ship from more than one warehouse, JiffyShirts.com pays...not you!

**Why is shipping so cheap?**
The answer is simple. We hate paying shipping as much as you do.
So we offer the lowest total price by charging the lowest price for products and the lowest price for shipping.
This is cheaper for our customers than hiding shipping costs in our product prices.

**Please Note:** "UPS Ground" delivery times are not guaranteed. The dates are accurate 99% of the time.

# Why JiffyShirts.com Is Different

We want to deliver your shirts quick and cheap. We understand that you may be buying for your company, Church, community group, or a personal event. We know you have important deadlines.

More people making large group purchases use JiffyShirts.com to deliver.

This is why we have invested in shipping quickly through our national warehouse network and directly linking to UPS for delivery dates. Our customers can count on getting what they ordered when they need it. This also means you get your orders the fastest and cheapest with JiffyShirts.com.

To get shipping times and cost, simply add items to your cart. Then enter your shipping City, State, and Zip Code. You will see shipping rates and an estimated delivery date.

We will send you a UPS Tracking Number the same day your order ships.

Alaska, Delaware and Hawaii shipping not offered.

At this time, we only ship within the USA. No international orders.

# Payment

We accept Visa, MasterCard, Discover and AmericanExpress credit cards.

We also accept PayPal.

<span style="color:red">Case ID: 190509004</span>



Copyright 2004-2017 JiffyShirts.com

[Terms of Use](#)

---

## Shop by Category:

- [T-Shirts](#)
- [Sweatshirts](#)
- [Pants & Shorts](#)
- [Polo Shirts](#)
- [High Viz](#)

- [Dress Shirts](#)
- [Jackets](#)
- [Hats](#)
- [Bags](#)

## Shop by Fit:

- [Adult](#)
- [Women](#)
- [Men](#)
- [Youth](#)
- [Toddler](#)
- [Infant](#)

## Customer Service:

- [Contact Us](#)
- [Returns](#)
- [Shipping](#)
- [Payments](#)
- [Help](#)
- [Privacy Policy](#)

Copyright 2004-2017 JiffyShirts.com

[Terms of Use](#)

Case ID: 190509004

http://www.jiffyshirts.com/shipping                    Go    MAY  JUN  AUG

228 captures                                                    ◄  08  ►
1 Apr 2007 - 13 Nov 2017                                       2016 2017 2018

# *Free Shipping at $49 - Free Return Shipping All Orders - 45 Days Returns*

## Automatic Bulk And Shipping Discounts

### Discounted Shipping Rates

| Cart Total | Shipping Rate |
|---|---|
| | **FREE SHIPPING!** |
| Cart Total $49 & Over | (sale ends June 30th, 2017 - regular $150 and over) |
| Under $49 | Ships for only 5.95 |

### No Hassle Bulk Discounts

Orders $80 and up are automatically discounted.
The discount percentage increases with higher cart totals. Spend more, save more!

### Anniversary Sale

| Cart Total | Discount |
|---|---|
| $80 - $149.99 | 4% |
| $150 - $249.99 | 10% |
| $250 - $499.99 | ~~12%~~ 19% |
| $500 - $999.99 | ~~14%~~ 21% |
| $1000 - $1749.99 | ~~15%~~ 22% |
| $1750 - $3799.99 | ~~16%~~ 23% |
| $3800 & Up | ~~17%~~ 24% |

### Sale Discounts

Sale items are already reduced from the regular selling price. All orders receive this discount regardless of size.

Sale items may receive additional bulk discounts but usually to a lower maximum rate. The bulk discounts are applied until the maximum percentage is reached.

For example, if a product has a max Bulk Discount of 5%, then 5% is the largest bulk discount to be applied regardless of a cart's total.

**The more you add to your cart, the more you save!**
**No need to ask. No hassle! Your total is automatically discounted in the shopping cart.**



## Easy Exchanges & Returns

See how we make it easy:

- Buy now and return or exchange anytime in the next 45 days.
- Only JiffyShirts.com will provide a free return shipping label for your unwanted items!
- JiffyShirts.com does not charge a restock fee for your exchange or return.

Find full details and exceptions on exchanges and returns here. (/web/20170608234247/http://www.jiffyshirts.com/help) Enter your exchange or return request quickly here. (/web/20170608234247/http://www.jiffyshirts.com/contactus)

## 98% of orders can be delivered in 1 or 2 days at NO EXTRA CHARGE!

**Our Fastest Shipping Times With UPS Ground**

Case ID: 190509004





Transit Days
- 1 Day
- 2 Days
- 3 Days

---

## Shipping - Trust JiffyShirts.com to Deliver!

*thank you again for the prompt --speedy speedy service. I am amazed!! Thanks -Jackie*

*We look forward to continuously ordering from you all -Monica*

*Thank you for your quick service* - Drago

*I was extremely impressed with your response time* - Joey, LA

*Thank you for your notification of shipment of this order* - Sandy

*Thanks for delivering the shirts so quickly* - Marcus

*I received my order today I could not believe how quickly I received it. Thank you for your promptness* - Suzanne

---

## Here are Some Answers to Frequently Asked Questions about Shipping.

**Is it really this fast? Are these dates real?**
These dates are real! Our customers can't believe how fast we delivered.

Our dates come directly from UPS based on your shipping address and our 3 closest warehouses. That means at least 3 warehouses could deliver your order by this date. Only at JiffyShirts.com!

We would not order without a delivery date...why should you?

**Am I charged extra for "split" or "partial" shipping?**
Never. The S & H charge is final. Almost all orders ship from one warehouse. If we need to ship from more than one warehouse, JiffyShirts.com pays...not you!

**Why is shipping so cheap?**
The answer is simple. We hate paying shipping as much as you do.
So we offer the lowest total price by charging the lowest price for products and the lowest price for shipping. This is cheaper for our customers than hiding shipping costs in our product prices.

**Please Note:** "UPS Ground" delivery times are not guaranteed. The dates are accurate 99% of the time.

---

## Why JiffyShirts.com Is Different

We want to deliver your shirts quick and cheap. We understand that you may be buying for your company, Church, community group, or a personal event. We know you have important deadlines.

More people making large group purchases use JiffyShirts.com to deliver.

This is why we have invested in shipping quickly through our national warehouse network and directly linking to UPS for delivery dates. Our customers can count on getting what they ordered when they need it. This also means you get your orders the fastest and cheapest with JiffyShirts.com.

To get shipping times and cost, simply add items to your cart. Then enter your shipping City, State, and Zip Code. You will see shipping rates and an estimated delivery date.

We will send you a UPS Tracking Number the same day your order ships.

Alaska, Delaware and Hawaii shipping not offered.

At this time, we only ship within the USA. No international orders.

---

## Payment

We accept Visa, MasterCard, Discover and AmericanExpress credit cards.

We also accept PayPal.

We do not accept P.O. numbers, wires, or checks.

Case ID: 190509004



http://www.jiffyshirts.com/shipping   Go   MAY **JUN** AUG

◄ **08** ►

228 captures

2016 **2017** 2018

1 Apr 2007 - 13 Nov 2017   About this capture



(/web/20170608234247/http://www.jiffyshirts.com/)

Search for products 🔍

| Shop by Category: | | Shop by Fit: | Customer Service: |
|---|---|---|---|

**Shop by Category:**

**T-SHIRTS**
(/WEB/20170608234247/HTTP://WWW.JIFFYSHIRTS.COM/T-SHIRTS)

**SWEATSHIRTS**
(/WEB/20170608234247/HTTP://WWW.JIFFYSHIRTS.COM/SWEATSHIRTS)

**PANTS & SHORTS**
(/WEB/20170608234247/HTTP://WWW.JIFFYSHIRTS.COM/PANTS-AND-SHORTS)

**POLO SHIRTS**
(/WEB/20170608234247/HTTP://WWW.JIFFYSHIRTS.COM/POLO-SHIRTS)

**HIGH VIZ**
(/WEB/20170608234247/HTTP://WWW.JIFFYSHIRTS.COM/HIGHVIZ)

**DRESS SHIRTS**
(/WEB/20170608234247/HTTP://WWW.JIFFYSHIRTS.COM/DRESS-SHIRTS)

**JACKETS**
(/WEB/20170608234247/HTTP://WWW.JIFFYSHIRTS.COM/JACKETS)

**HATS**
(/WEB/20170608234247/HTTP://WWW.JIFFYSHIRTS.COM/HATS)

**BAGS**
(/WEB/20170608234247/HTTP://WWW.JIFFYSHIRTS.COM/BAGS)

**Shop by Fit:**

**ADULT**
(/WEB/20170608234247/HTTP://WWW.JIFFYSHIRTS.COM/?
CUT=ADULT)

**WOMEN**
(/WEB/20170608234247/HTTP://WWW.JIFFYSHIRTS.COM/?
CUT=WOMEN)

**MEN**
(/WEB/20170608234247/HTTP://WWW.JIFFYSHIRTS.COM/?
CUT=MEN)

**YOUTH**
(/WEB/20170608234247/HTTP://WWW.JIFFYSHIRTS.COM/?
CUT=YOUTH)

**TODDLER**
(/WEB/20170608234247/HTTP://WWW.JIFFYSHIRTS.COM/?
CUT=TODDLER)

**INFANT**
(/WEB/20170608234247/HTTP://WWW.JIFFYSHIRTS.COM/?
CUT=INFANT)

**Customer Service:**

**CONTACT US**
(/WEB/20170608234247/HTTP://WWW.JIFFYSHIRTS.CO

**RETURNS**
(/WEB/20170608234247/HTTP://WWW.JIFFYSHIRTS.CO
M/RETURNS)

**PAYMENTS**
(/WEB/20170608234247/HTTP://WWW.JIFFYSHIRTS.CO
M/PAYMENTS)

**HELP**
(/WEB/20170608234247/HTTP://WWW.JIFFYSHIRTS.CO
M/HELP)

**PRIVACY POLICY**
(/WEB/20170608234247/HTTP://WWW.JIFFYSHIRTS.CO

Copyright 2004-2017 JiffyShirts.com
Terms of Use (/web/20170608234247/http://www.jiffyshirts.com/termsofuse)

Case ID: 190509004

# EXHIBIT "M"

Case ID: 190509004

**Delivery: Fri, Sep. 20, 2019**
**All items in stock. Ships Today!**

Sorted By: [ Item ▼ ]

## *Your cart: 1,000 items*

Adult Unisex Heavy Cotton™ 5.3 oz. T-Shirt

White
L                                                          **GILDAN**
                                                                G500
        $1.62      | 1000 |        $1,620.00
                     remove

---

Fri, Sep. 20, 2019   All items

On Thursday, shipping 1000 items weighing 420 LBS
to WILLIAMSBURG, 23185.
(change destination)

**Pick Shipping Speed** $49 & Over Ships FREE

○  FREE Express Shipping
    **Fri, Sep. 20, 2019**

**All items in stock. Ships Today!**
**Delivery: Fri, Sep. 20, 2019**

If ordered in the next
## 33 minutes

| | 1000 items | $1,620.00 |
| FREE! ▶ | **Shipping:** | **$0.00** |
| | ## Subtotal: | ## $1,620.00 |

Retail Total: $4,300.00
Retail Savings: $2,680.00

No hidden shipping fees. Discounts rounded to the nearest cent.

# CHECK OUT



Ref Code

 

4.8 ★★★★★
Google
Customer Reviews

Case ID: 190509004

# EXHIBIT "N"

Case ID: 190509004

**First Delivery: Fri, Sep. 20, 2019**
All items in stock. Ships Today!

Sorted By: Item ▼

*Your cart: 375 items*



Adult Unisex Heavy Cotton™ 5.3 oz. T-Shirt

Corn Silk
M

GILDAN
G500

~~$2.67~~
**$2.16**

375
remove

~~$1,001.25~~
**$810.00**
Save: $191.25

Fri, **Sep. 20, 2019** 122 items
Fri, **Sep. 20, 2019** 11 items
Mon, **Sep. 23, 2019** 242 items

On Wednesday, shipping 375 items weighing 157.5 LBS
to WILLIAMSBURG, 23185.
(change destination)

**Pick Shipping Speed** $49 & Over Ships FREE

◉    FREE Express Shipping
**Fri,    Sep. 20, 2019**                                   **122 items**
**Fri,    Sep. 20, 2019**                                    **11 items**
**Mon, Sep. 23, 2019**                                  **242 items**

All items in stock. Ships Today!
First Delivery: Fri, Sep. 20, 2019

If ordered in the next
# 36 minutes

375 items                                                          $1,001.25
**Bulk Discount:**                                              **- $191.25**
FREE! ❯ **Shipping:**                                         **$0.00**

## Subtotal:                                             **$810.00**

Retail Total: $2,100.00
Retail Savings: $1,098.75

No hidden shipping fees. Discounts rounded to the nearest cent.

# CHECK OUT

4.8 ★★★★★
Google
Customer Reviews

Case ID: 190509004



The safer, easier way to pay

Ref Code




Case ID: 190509004

4.8 ★★★★★
Google
Customer Reviews

# EXHIBIT "O"

Case ID: 190509004



| Quoting For | ORDER QUANTITY ⓘ 20 | # OF PRINT COLORS ⓘ 1 | DELIVERY TO 19102 🔧 | FABRIC COLOR | **Update** | 61 printers found |

**Get it by**

Enter Date 📅

**Methods**

Screen Printing (59)
Embroidery (46)
Heat Transfer (31)
Direct to Garment (15)
Discharge Printing (14)

**More Methods**

3D Embroidery (13)
Digital Printing (11)
Sublimation (9)
Bedazzle (2)
Laser Etching (2)

**Uses**

Fundraisers (59)
Corporate (47)
School (46)
Celebrations (44)
Colleges (41)

**More Uses**

Teams and Jerseys (36)
Conference Swag (13)
School Pride (13)
Uniforms (13)

Recommended ∨

1 OF 2
Kinteco Screen Prin...
35 years in business
★★★★★ 5.0 (1)
**$14.59** per print
**26 days** delivery 09/04/2019
Choose Printer

1 OF 7
Teeth Like Swords ...
2 years in business
★★★★★ 5.0 (15)
**$8.00** per print
**52 days** delivery 09/30/2019
Choose Printer

1 OF 16
Paper Root Printing ...
15 years in business
★★★★★ 4.9 (12)
**$6.00** per print
**14 days** delivery 08/23/2019
Choose Printer

OF 15
STEPscreen Printing
2 years in business
★★★★★ 5.0 (7)
**$12.00** per print
**17 days** delivery 08/26/2019
Added

1 OF 5
Showbiz Screen Pri...
25 years in business
★★★★★ 5.0 (2)
**$13.23** per print
**19 days** delivery 08/29/2019
Choose Printer

1 OF 46
School Tee Factory
37 years in business
★★★★★ 5.0 (2)
**$12.00** per print
**13 days** delivery 08/22/2019
Choose Printer

1 OF 7
Kirkwood Trading C...
26 years in business
★★★★★ 5.0 (16)
**$11.00** per print
**17 days** delivery 08/20/2019
Choose Printer

1 OF 11
Shirt Printing 4U, Inc
17 years in business
★★★★★ 5.0 (12)
**$14.59** per print
**14 days** delivery 08/23/2019
Choose Printer

Case ID: 190509004

# EXHIBIT "P"

Case ID: 190509004



## Kirkwood Trading Company

Custom T-shirts In A Few Days

 16 REVIEWS **100%** RECOMMENDED

| Per Print | Delivery in |
|---|---|
| **$9.00** | **13 days** |
| 25 items, 1 color on White | Thursday, Aug. 22 2019 |

**Try Price Calculator**

Choose Printer

💬 **Message Printer**

SHARE  f  in  🅟  🇽  🔗

| | | |
|---|---|---|
| 🏢 YEARS IN BUSINESS | | 26 |
| 👤 MEMBER SINCE | | June 2019 |
| 🕐 AVERAGE PRODUCTION TIME | | 5 days |
| 📦 MINIMUM ORDER SIZE | | 12 Items |
| ⚙️ PROOFS DELIVERED IN 24HOURS | | Yes |
| 📍 LOCATION | | Missouri, US |

STANDARD SERVICE PACKAGE

✓ Print-Ready Prep Work for Graphics
✓ Complimentary Proofs
✓ 2 Proof Revisions
✓ Blank Defect Inspection
✓ Ink Color Mixing and Press Prep
✓ Flash Heat Drying
✓ Garment Folding & Packaging for shipping

SUPPORTED METHODS

Screen Printing

CUSTOM ARTWORK FEES



‹   ›

## Review Summary

★★★★★
5 out of 5 stars

**16** reviews   **100%** recommended

| | |
|---|---|
| 5 stars | 100% |
| 4 stars | 0% |
| 3 stars | 0% |
| 2 stars | 0% |
| 1 star | 0% |

## Customers Reviews

### Time crunch was not a problem and shirts were perfect

★★★★★ From Kim on Tue, June 25, 2019

**USAGE**
Events

**METHOD**
Screen Printing

We decided less than 1 week before a team building event that we wanted T-shirts for the event. AND there was a holiday Monday in the mix too! I found Kirkwood Trading Co via a google search, called them on a Friday and wanted the shirts delivered in CA by Wednesday. They were immediately helpful. Asked all the right questions so they could research shirt options (2 different styles, a men's and a ladies' style) in the colors we wanted that could be there to get us our shirts on time. They also beat the price I had gotten from another vendor online who was not going to be able to deliver in our desired timeframe! The shirts came out great and the team loved them! The team has commented that the quality of the shirts was very nice as well! Definitely recommend Kirkwood Trading Company. I will definitely use them again when the occasion arises...hopefully without the crazy time crunch!

Was this review helpful?

Yes   No

$40.00 / hour  *billed in 15 minute increments



[View Review Details >](#)

### Awesome guys awesome company

⭐⭐⭐⭐⭐ From Joe on Tue, June 25, 2019

**USAGE**
Other

**METHOD**
Screen Printing

I started a lifestyle brand and these guys were very friendly and great at saving me money and time and headaches. They helped me with picking the right shirt for what I was trying to do and really helped with my design and put everything in place for me so I could succeed. I just met these guys a month ago and I've done 3 jobs with them and each time I'm super happy with the print be it a distressed print or a vintage look or just a typical print. I'm all over the place and it's gotten to the point where I know I can give them little instruction and they take it and run with it. It's perfect for me because I don't know a whole lot of the design part of the marketing business and these guys have been great to work with. I'm recommend them to anyone looking to order custom tees.

Was this review helpful?

[ Yes ] [ No ]

[View Review Details >](#)

### Never disappointed

⭐⭐⭐⭐⭐ From Spencer on Tue, June 25, 2019

**USAGE**
Colleges

**METHOD**
Screen Printing

Unhappy with the local printer in our college town we stumbled upon Kirkwood Trading Company several years back. We have so many kids in our fraternity from St. Louis it's easy to use them for our shirts because someone is always in town to pick up the shirts. I think I'm the fourth chapter President to use these guys so we are obviously always happy. And I know when I graduate I'll be leaving their contact information for the next President because they are easy to work with and our shirts always come out great.

Was this review helpful?

[ Yes ] [ No ]

[View Review Details >](#)

### We love our long time vendor

⭐⭐⭐⭐⭐ From Kelli on Wed, June 26, 2019

**USAGE**
School

**METHOD**
Screen Printing

Kirkwood Trading Company has been our high school spirit store vendor for over 10 years. I currently have the pleasure of working with them for the past 3 years. They are very easy to work with. I routinely send over several different orders at one time and they are quick to get them complete and I know they will be done right. The are great at bringing us new product ideas and helping us stay on top of the trends. Whether it's sweatshirts, t-shirts, hats, bags, or sweatpants, I'd recommend them to anyone.

Was this review helpful?

[ Yes ] [ No ]



[View Review Details >](#)



### Team jerseys were a big hit

⭐⭐⭐⭐⭐ From Jessica on Tue, June 25, 2019

**USAGE**
Team

**METHOD**
Heat Transfer, Screen Printing

First time customer and no experience ordering, designing, or doing anything but wearing t-shirts. I contacted Kirkwood Trading Company for my daughters soccer team and all I had was that they wanted to be the Penguins. That's it. Matt came back with a graphic that was amazing and the girls loved it. We had them put custom names and numbers on it and my daughter and her friends where them everywhere. So we know we will be back next year when the new season starts and they grow out of these.

**Was this review helpful?**

Yes   No



[View Review Details >](#)



### Kirkwood Trading makes ordering apparel for our swim team easy!

⭐⭐⭐⭐⭐ From Angie on Tue, June 25, 2019

**USAGE**
Team

**METHOD**
Screen Printing

FAST is a 350+ swimmer swim team and Kirkwood Trading Company is our source for all of our team apparel needs. Whether we need team t-shirts, an online team store to sell to the parents, or a last minute order of championship meet shirts, Kirkwood Trading Company never fails to deliver a quality product that promotes FAST swimming. Matt and Mike are quick to respond to questions to any questions FAST has and have even gone over and above to help us out with last minute orders.

**Was this review helpful?**

Yes   No



[View Review Details >](#)



### Above and beyond

⭐⭐⭐⭐⭐ From Connie on Tue, June 25, 2019

**USAGE**
Colleges

**METHOD**
Screen Printing

Matt went above and beyond the call of duty. He returned my call even though they were closed on a Sunday and helped me out by getting our annual t-shirts printed in two days because I forgot

**Was this review helpful?**

Yes   No



Case ID: 190509004

to order them. We all loved the shirts and it is hard to find a company that gives this great of customer service. I am now a life long customer and would recommend Kirkwood Trading to anyone looking for shirts, great product, great price and great service. Thanks Matt and staff !!!

View Review Details >

## Always fast, friendly, and on time.

⭐⭐⭐⭐⭐ From Jeremiah on Tue, June 25, 2019

**USAGE**
Corporate

**METHOD**
Screen Printing

I've been calling on Kirkwood Trading Company for several years now. I'm always late in calling in my shirt order because I'm busy and we go through shirts like crazy in the tree business. So one week I'm good on shirts and the next half my guys have rips and tears and sap on their shirts. So I call these guys, I tell them what I need and they get it done in a few days. No issues and I don't have to spend a lot of time as they know what I want and how I like it.

Was this review helpful?

Yes    No



View Review Details >

## Very Happy Customer

⭐⭐⭐⭐⭐ From Jennifer on Tue, June 25, 2019

**USAGE**
Events

**METHOD**
Screen Printing

I've been using Kirkwood Trading Company for several years and it's always been a great experience. I give them some bad artwork and they always come back with something that blows me away. No matter if one year I drop the ball and come in last minute, they are always easy to help and get things done. The shirts each time are always fantastic. Will continue using as long as I need shirts.

Was this review helpful?

Yes    No



View Review Details >

## Great shirts and easy to work with

⭐⭐⭐⭐⭐ From Stacey on Tue, June 25, 2019

**USAGE**
Fundraisers

**METHOD**
Screen Printing

We've been using Kirkwood Trading Company for over 5 years now. They are always easy to work with and turn our orders around very quickly. When we have questions about new products they are quick to answer and informative. When we

Was this review helpful?

Yes    No

place orders they are fast the our shirts come out great every time. I'd highly recommend to anyone looking for custom t-shirts.



[View Review Details >](#)

### They make my life easy

⭐⭐⭐⭐⭐ From Nancy on Tue, June 25, 2019

| USAGE | METHOD |
|---|---|
| Celebrations | Screen Printing |

I've used Kirkwood Trading Company many years for my family vacation t-shirts. I always give them my own mock up and they are able to transform it into artwork and a great t-shirt. Every year we do a different design and they have always been great about helping with a design or making our design work. The shirts are always a hit! So we keep coming back.

**Was this review helpful?**

Yes    No



[View Review Details >](#)



### They make use look good

⭐⭐⭐⭐⭐ From Rich on Tue, June 25, 2019

| USAGE | METHOD |
|---|---|
| Corporate | Screen Printing |

I found these guys by accident and it's been a great relationship for the past few years. They print all my corporate t-shirts and polos. They also started doing our online corporate store which saves me a ton of time and money and for that I'm grateful. Always quick to respond and never had any issues with any work they've done. A Very happy customer.

**Was this review helpful?**

Yes    No

[View Review Details >](#)



### good guys and great shirts

⭐⭐⭐⭐⭐ From John on Tue, June 25, 2019

| USAGE | METHOD |
|---|---|
| Corporate | Screen Printing |

Great company to work with. This was my first time dealing with Matt and the service was great. I needed a large custom order with several different kinds of apparel in a tight time frame and they came through with flying colors! Will definitely deal with Kirkwood Trading Co. again. John B. VP Sales and Marketing

**Was this review helpful?**

Yes    No

[View Review Details >](#)



### Very easy to work with

⭐⭐⭐⭐⭐ From Julie on Tue, June 25, 2019

| USAGE | METHOD |
|---|---|
| School | Screen Printing |

We love working with Kirkwood Trading! They designed our 3rd grade Jeff City t-shirts for 98 kids! The kids loved the shirts, we came in under budget and amazing turn around time for finished product. We highly recommend Kirkwood Trading for all your custom screen printing needs!!

Was this review helpful?

Yes No

[View Review Details >](#)

---

### Fast and easy

 From Barbara on Tue, June 25, 2019

**USAGE**
Events

**METHOD**
Screen Printing

The service was fast and helpful. Both Matt and Mike made the entire process of ordering so smooth and easy. The quality of shirts was excellent and I would definitely recommend this company to anyone looking for quality custom printing.

Was this review helpful?

Yes No

[View Review Details >](#)

---

### Great company to work with

 From Ashley on Tue, June 25, 2019

**USAGE**
Corporate

**METHOD**
Screen Printing

We have used KTC for a few years for our work shirts, super great customer service, fast turn around and competitive pricing! Always my go to screen printer, thanks for the great work Kirkwood Trading Company!

Was this review helpful?

Yes No

[View Review Details >](#)

---

# Pricing

Custom Artwork Fees: $40.00 per hour, billed in 15 minute increments

## Screen Printing

### printing on a WHITE shirt                           Minimum Order Quantity: 12

| Minimum | Maximum | 1 color | 2 color | 3 color | 4 color | 5 color | 6 color |
|---------|---------|---------|---------|---------|---------|---------|---------|
| 12 | 23 | $11.00 | $12.00 | $13.00 | $14.00 | $17.00 | $18.00 |
| 24 | 47 | $9.00 | $11.00 | $12.00 | $13.00 | $15.00 | $16.00 |
| 48 | 71 | $6.00 | $7.50 | $8.00 | $8.50 | $9.50 | $10.00 |
| 72 | 143 | $5.85 | $6.50 | $7.45 | $8.00 | $9.10 | $9.50 |
| 144 | 287 | $5.50 | $6.25 | $7.25 | $7.65 | $8.25 | $9.00 |
| 288 | 400 | $5.25 | $6.00 | $7.00 | $7.35 | $8.00 | $8.75 |

### printing on a DARK shirt                            Minimum Order Quantity: 12

| Minimum | Maximum | 1 color | 2 color | 3 color | 4 color | 5 color | 6 color |
|---------|---------|---------|---------|---------|---------|---------|---------|

| Minimum | Maximum | 1 color | 2 color | 3 color | 4 color | 5 color | 6 color |
|---------|---------|---------|---------|---------|---------|---------|---------|
| 12 | 23 | $12.00 | $13.00 | $14.00 | $15.00 | $19.00 | $22.00 |
| 24 | 47 | $10.00 | $12.00 | $14.00 | $16.00 | $18.00 | $20.00 |
| 48 | 71 | $7.00 | $9.00 | $11.00 | $13.00 | $15.00 | $17.00 |
| 72 | 143 | $6.00 | $8.00 | $9.00 | $11.00 | $13.00 | $15.00 |
| 144 | 287 | $5.85 | $7.25 | $8.00 | $9.50 | $11.75 | $13.85 |
| 288 | 400 | $5.50 | $7.15 | $7.74 | $9.00 | $10.00 | $11.00 |

## About the printer



**Kirkwood Trading Company**
Custom T-shirts In A Few Days

No Info Provided

# EXHIBIT "Q"

Case ID: 190509004



Add to Favorites ♡

# Teeth Like Swords Printing

Specializing In Custom Small Run Prints. Please Contact Us For More Information.

★★★★★ 15 REVIEWS **100%** RECOMMENDED

| Per Print | Delivery in |
|---|---|
| **$8.00** | **52 days** |
| 25 items, 1 color on White | Monday, Sep. 30 2019 |

**Try Price Calculator**

Choose Printer

💬 **Message Printer**

SHARE  f  in  P  🐦  🔗

| 🏢 YEARS IN BUSINESS | 7 |
|---|---|
| 👤 MEMBER SINCE | July 2019 |
| 🕐 AVERAGE PRODUCTION TIME | 7 days |
| 📦 MINIMUM ORDER SIZE | 5 Items |
| 🔗 PROOFS DELIVERED IN 24HOURS | Yes |
| 📍 LOCATION | Rhode Island, US |

STANDARD SERVICE PACKAGE

✓ Print-Ready Prep Work for Graphics
✓ Complimentary Proofs
✓ 2 Proof Revisions
✓ Blank Defect Inspection
✓ Ink Color Mixing and Press Prep
✓ Flash Heat Drying
✓ Garment Folding & Packaging for shipping

SUPPORTED METHODS

Screen Printing



## Review Summary

★★★★★
5 out of 5 stars

| | | |
|---|---|---|
| 5 stars | | 100% |
| 4 stars | | 0% |
| 3 stars | | 0% |
| 2 stars | | 0% |
| 1 star | | 0% |

**15** reviews **100%** recommended

## Customers Reviews

### My "go-to" screen printer

★★★★★ From Tor on Fri, July 19, 2019

USAGE
Corporate

METHOD
Screen Printing

I've been getting merch printed with Teeth Like Swords since they started. They are my go-to for all shirts, posters, record covers, and any other crazy projects we can think up!

Was this review helpful?

Yes | No

    

**View Review Details >**

### Making it happen

★★★★★ From Payton on Fri, July 19, 2019

USAGE
Team

METHOD
Screen Printing

Case ID: 190509004

CUSTOM ARTWORK FEES

$50.00 / hour    *billed in 15 minute increments

It was our first time making shirts for our small diner. We had an image and an idea and Paul really helped make it a reality. They were honest about what makes the best image and thoughtful about my vision. They were professional and pretty quick too. The final product was exactly what I wanted, and we went straight to them for our second design too!

 

Was this review helpful?

Yes    No

View Review Details >

### Best damn shirt shop in town

★★★★★ From Eric on Fri, July 19, 2019

**USAGE**
Other

**METHOD**
Screen Printing

I've been buying shirts from the TLS crew for years. Always printed well, great original designs and a really helpful team. A few years ago, they had a project where designers came up with a drawing, they printed the shirts, and all profits went to local charities. I designed a shirt and had a great experience working with them through the whole process. And they ended up making a solid contribution to the local charity as well! These guys are the best around. Period.

Was this review helpful?

Yes    No

View Review Details >

### The best of the best!

★★★★★ From Mike on Fri, July 19, 2019

**USAGE**
Other

**METHOD**
Screen Printing

Teeth Like Swords printed a bunch of merch for a few of my bands on numerous occasions. The turnaround has always been very fast and they are very detail oriented and very easy to work with. The end results surpassed our wildest expectations. I would highly recommend supporting Teeth Like Swords for all of your screen printing needs. I will definitely be going back to them.

Was this review helpful?

Yes    No

View Review Details >

### Repeat reprinter

★★★★★ From Christine on Fri, July 19, 2019

**USAGE**
Other

**METHOD**
Screen Printing, Direct to Garment

I use TLS to print the products I sell on my etsy they have the fastest local turn around in Providence and sometimes offer local delivery! I have recommended them to several non profits I work with and everyone is very satisfied with the customer service and attention to detail their orders get.

Was this review helpful?

Yes    No

Case ID: 190509004



View Review Details >

## We love Teeth Like Swords!

⭐⭐⭐⭐⭐ From Brian on Fri, July 19, 2019

**USAGE**
Other

**METHOD**
Screen Printing

My band has worked with Teeth Like Swords twice to screenprint LP artwork and both times we've even been happier with how the it looks printed on the sleeve by Paul than the digital versions. They are receptive to small run projects and have very reasonable rates. Can't recommend highly enough.

Was this review helpful?

Yes    No

View Review Details >

## Best around RI

⭐⭐⭐⭐⭐ From Eric on Fri, July 19, 2019

**USAGE**
Other

**METHOD**
Screen Printing

Top notch, super fast turn around time. Had an impending deadline to get 100 shirts screenorinted and teeth like swords hopped right on it. Great quality and super easy to work with. Great experience all around and I'd definitely use them again. Cheers

Was this review helpful?

Yes    No

View Review Details >

## Great quality amazing service

⭐⭐⭐⭐⭐ From Michael on Fri, July 19, 2019

**USAGE**
Events

**METHOD**
Screen Printing

Incredibly accommodating and always responsive, the shirts I've had printed came out wonderfully, clean prints, lasting image, and they're so easy to work with. The prices are amazing as well! Would rate 6 stars if that was an option!

Was this review helpful?

Yes    No



View Review Details >

## Awsome company to work with

⭐⭐⭐⭐⭐ From James on Fri, July 19, 2019

**USAGE**
Other

**METHOD**
Screen Printing

Super honest and professional! Great people to work with... really happy with shirts... turnaround time... everything! Definitely

Was this review helpful?

Yes    No



Case ID: 190509004

my first choice for printing

View Review Details >

### Excellent shirts for my band!

★★★★★ From Eric on Fri, July 19, 2019

**USAGE**

**METHOD**
Screen Printing

These dudes did an amazing job, high quality shirts in the exact colors and inks we wanted, and done fast. Super affordable prices would definitely recommend!



Was this review helpful?

Yes     No

Hide Review Details >

| Final Product | | Customization Quality | | Printer Response | | Pr |
|---|---|---|---|---|---|---|
| POOR | EXCELLENT | POOR | EXCELLENT | POOR | EXCELLENT | PO |

### Awesome screenprinted LP jackets

★★★★★ From Jesse on Fri, July 19, 2019

**USAGE**
Other

**METHOD**
Screen Printing

Teeth Like Swords did the screenprinting for both Snowplows LP jackets. Great results, and Paul was easy to work with the whole way through. Recommended!

Was this review helpful?

Yes     No

Hide Review Details >

| Final Product | | Customization Quality | | Printer Response | | Pr |
|---|---|---|---|---|---|---|
| POOR | EXCELLENT | POOR | EXCELLENT | POOR | EXCELLENT | PO |

### Highest possible recommendation

★★★★★ From Richard on Fri, July 19, 2019

**USAGE**
Other

**METHOD**
Screen Printing

I've gone through Teeth Like Swords for different projects multiple times over the years. Always professional, always on time. 100% recommended.

Was this review helpful?

Yes     No

View Review Details >

### Top Notch

 From Jared on Fri, July 19, 2019

| USAGE | METHOD |
|---|---|
| Other | Screen Printing |

Fast and great service. Top notch quality printing and Paul is awesome to deal with! Highly recommended.

Was this review helpful?

[ Yes ] [ No ]

View Review Details >

---

### Gorgeous etchings on vinyls

 From Jesper on Sat, July 20, 2019

| USAGE | METHOD |
|---|---|
| | Screen Printing, Digital Printing |

The etchings on Lesseners vinyl, made my Teeth Like Swords, is one of the most beautiful things I've seen.

Was this review helpful?

[ Yes ] [ No ]

View Review Details >

---

### Quick turnaround, great prices

 From Rob on Fri, July 19, 2019

| USAGE | METHOD |
|---|---|
| Events | Screen Printing |

I've used Teeth Like Swords for several jobs and I have always been happy with the work they've delivered.

Was this review helpful?

[ Yes ] [ No ]

View Review Details >

---

# Pricing

Custom Artwork Fees: $50.00 per hour, billed in 15 minute increments

## Screen Printing

### printing on a WHITE shirt                                    Minimum Order Quantity: 5

| Minimum | Maximum | 1 color | 2 color | 3 color | 4 color |
|---|---|---|---|---|---|
| 5 | 19 | $10.00 | $13.00 | $17.00 | $20.00 |
| 20 | 49 | $8.00 | $9.50 | $11.00 | $12.50 |
| 50 | 74 | $6.00 | $7.50 | $9.00 | $10.50 |
| 75 | 99 | $5.00 | $6.50 | $8.00 | $9.50 |
| 100 | 149 | $4.50 | $6.00 | $7.50 | $9.00 |
| 150 | 200 | $4.00 | $5.50 | $7.00 | $8.50 |

### printing on a DARK shirt                                    Minimum Order Quantity: 5

| Minimum | Maximum | 1 color | 2 color | 3 color |
|---|---|---|---|---|

| Minimum | Maximum | 1 color | 2 color | 3 color |
|---|---|---|---|---|
| 5 | 19 | $12.00 | $14.00 | $16.00 |
| 20 | 49 | $10.00 | $11.50 | $13.00 |
| 50 | 74 | $8.00 | $9.50 | $13.00 |
| 75 | 99 | $7.00 | $8.50 | $10.00 |
| 100 | 149 | $6.50 | $8.00 | $9.50 |
| 150 | 200 | $6.00 | $7.50 | $9.00 |

## About the printer

 **Teeth Like Swords Printing**
Specializing In Custom Small Run Prints. Please Contact Us For More Information.

No Info Provided

# EXHIBIT "R"

Case ID: 190509004



Add to Favorites ♡

# Paper Root Printing Co

We Treat Every Shirt We Print Like It's Going To The Red Carpet!


  12 REVIEWS **100%** RECOMMENDED

| Per Print | Delivery in |
|---|---|
| **$4.00** | **13 days** |
| 25 items, 1 color on White | Thursday, Aug. 22 2019 |


**Try Price Calculator**

Choose Printer

🗨 **Message Printer**

SHARE f in 🅟 𝕏 🔗

| | | |
|---|---|---|
| 📁 YEARS IN BUSINESS | 18 |
| 👤 MEMBER SINCE | July 2019 |
| 🕐 AVERAGE PRODUCTION TIME | 4 days |
| 📦 MINIMUM ORDER SIZE | 12 Items |
| ☁ PROOFS DELIVERED IN 24HOURS | Yes |
| 📍 LOCATION | Florida, US |

STANDARD SERVICE PACKAGE

✓ Print-Ready Prep Work for Graphics

✓ Complimentary Proofs

✓ 2 Proof Revisions

✓ Blank Defect Inspection

✓ Ink Color Mixing and Press Prep

✓ Flash Heat Drying

✓ Garment Folding & Packaging for shipping

SUPPORTED METHODS



‹                                                                    ›

## Review Summary

⭐⭐⭐⭐⯪
4.9 out of 5 stars

| | 5 stars | | 92% |
|---|---|---|---|
| | 4 stars | | 8% |
| | 3 stars | | 0% |
| | 2 stars | | 0% |
| | 1 star | | 0% |

**12** reviews  **100%** recommended

## Customers Reviews

**Paper Root helped me get started on my skateboard brand.**

⭐⭐⭐⭐☆ From Henry on Fri, July 5, 2019

**1** users find this review helpful

**USAGE**
Other

**METHOD**
Screen Printing, Digital Printing

I worked with Paper Root to start a lifestyle skate brand, "Winners circle." I came up with the logo and provided the difital files. All the rest was easy on my end. I even was able to feature my lifestyle brand at some events hosted in the local area! Had multiple re-orders and colors. Instagram @winnerscircletshirts

Was this review helpful?

Yes     No



**View Review Details >**

**The perfect match of aesthetic and reliability**

⭐⭐⭐⭐⭐ From Micah on Fri, July 5, 2019

USAGE                          METHOD

Case ID: 190509004

Heat Transfer    Discharge Printing

Screen Printing

CUSTOM ARTWORK FEES

**$40.00** / hour   *billed in 15 minute increments

USAGE                    METHOD
Other                    Digital Printing

Paper Root always comes thru on time, with the newest technology to make the highest quality products.

 

Was this review helpful?

Yes   No

View Review Details >

### Needed Shirts Fast

★★★★★ From Evan on Fri, July 5, 2019

USAGE                    METHOD
Other                    Screen Printing

I came to Greg within a week of me needing my shirts. He was very confident that he would be able to complete this task. The entire process was very professional, with some conversing about what I wanted to print on the shirts and the breakdown of sizes that wanted. The shirts were delivered on the date and time that Greg stated he could complete them by. I was amazed with the high quality results that I received in such a short time span. I am a very satisfied customer and will be returning to him for my future shirt needs.

Was this review helpful?

Yes   No

View Review Details >

### Crazy soft prints and so fast!

★★★★★ From Jamie on Fri, July 5, 2019

USAGE                    METHOD
Events                   Screen Printing

We had a rush order for 100 tees, and we needed them by the weekend, this was a Tuesday. They helped us pick the perfect shirts and tweaked our design to make it printable. We recieved the shirts Friday of that same week and we were blown away by the quality. Paper Root has been our regular printer ever since, a real diamond in the rough. Love them!!!

Was this review helpful?

Yes   No

View Review Details >

### Rad Clothing Locally

★★★★★ From Ryan on Fri, July 5, 2019

USAGE                    METHOD
Other                    Screen Printing, Direct
                         to Garment

Paper Root Clothing has been making apparel for a while now here in St. Augustine and we always look to them when we need help with something or want to find a good fit. They source great materials, and are able to produce a wide variety of products.

Was this review helpful?

Yes   No

View Review Details >

### Great consistency and high quality

Case ID: 190509004



★★★★★ From Tommy on Fri, July 5, 2019

| USAGE | METHOD |
|-------|--------|
| Corporate | Heat Transfer, Screen Printing, Embroidery, Direct to Garment |

Paper Root Printing has been my printer for years. They've always maintained their consistency, which is crucial for me when I reorder. The quality is always top notch, and I've never felt a need try any one else.

Was this review helpful?



[View Review Details >](#)

---

### Great Quality Shirts & Printing

★★★★★ From Ice on Fri, July 5, 2019

| USAGE | METHOD |
|-------|--------|
| Corporate | Screen Printing |

Paper Root has been printing the Ice Plant's shirts and other items for over 6 years. The quality and service has been exceptional. I highly recommend Paper Root for all you printing needs.

Was this review helpful?



[View Review Details >](#)

---

### Studio Director

★★★★★ From Gideon on Fri, July 5, 2019

| USAGE | METHOD |
|-------|--------|
| Other | Screen Printing, Direct to Garment |

The team at Paper Root have consistently come through for us on large and small orders — including a few rush orders! The print quality is top notch and I cannot recommend them enough.

Was this review helpful?



[View Review Details >](#)

---

### Fast quality service

★★★★★ From wyatt on Fri, July 5, 2019

| USAGE | METHOD |
|-------|--------|
| Other | Heat Transfer, Screen Printing, Digital Printing |

I've had a couple custom shirts made by the top quality and fast service nice shirts nice printing nice service all around good service from beginning to end

Was this review helpful?



[View Review Details >](#)

---

### Shirt Design

★★★★★ From Richie on Fri, July 5, 2019

| USAGE | METHOD |
|-------|--------|
| Other | |

Got my shirts fast and on time, printing quality was excellent as

Was this review helpful?

Get my shirts fast and on time, printing quality was excellent as well nothing looked faded. I would recommend Paper Root to others.

View Review Details >

## Great Work

⭐⭐⭐⭐⭐ From Jenn on Mon, July 15, 2019

**USAGE**
Other

**METHOD**
Screen Printing

Love Paper Root and the great work they do. Fast quotes, accurate proofs, speedy work and all around great customer service.

Was this review helpful?

Yes    No

View Review Details >

## Ice Plant Vintage Bar and Dining printing

⭐⭐⭐⭐⭐ From Rich on Fri, July 5, 2019

**USAGE**
Corporate

**METHOD**
Screen Printing, Direct to Garment

Paper Root is our go to shop for t shirts, bags and kitchen attire. Also top quality on time work. I highly recommend

Was this review helpful?

Yes    No



View Review Details >

# Pricing

Custom Artwork Fees: $40.00 per hour, billed in 15 minute increments

## Screen Printing

### printing on a WHITE shirt                Minimum Order Quantity: 12

| Minimum | Maximum | 1 color | 2 color | 3 color | 4 color | 5 color | 6 color |
|---------|---------|---------|---------|---------|---------|---------|---------|
| 12 | 23 | $6.00 | $9.00 | $12.00 | $14.00 | $16.00 | $19.00 |
| 24 | 47 | $4.00 | $5.50 | $6.50 | $7.50 | $8.50 | $9.50 |
| 48 | 71 | $2.95 | $3.95 | $4.95 | $5.95 | $6.95 | $7.95 |
| 72 | 143 | $2.50 | $3.50 | $4.50 | $5.50 | $6.50 | $7.50 |
| 144 | 287 | $2.10 | $3.10 | $4.10 | $5.10 | $6.10 | $7.10 |
| 288 | 500 | $1.80 | $2.80 | $3.80 | $4.80 | $5.80 | $6.80 |

### printing on a DARK shirt                Minimum Order Quantity: 12

| Minimum | Maximum | 1 color | 2 color | 3 color | 4 color | 5 color | 6 color |
|---------|---------|---------|---------|---------|---------|---------|---------|

| Minimum | Maximum | 1 color | 2 color | 3 color | 4 color | 5 color | 6 color |
|---|---|---|---|---|---|---|---|
| 12 | 23 | $7.00 | $10.00 | $13.00 | $15.00 | $17.00 | $20.00 |
| 24 | 47 | $5.00 | $6.50 | $7.50 | $8.50 | $9.50 | $10.50 |
| 48 | 71 | $3.95 | $4.95 | $5.95 | $6.95 | $7.95 | $8.95 |
| 72 | 143 | $3.50 | $4.50 | $5.50 | $6.50 | $7.50 | $8.50 |
| 144 | 287 | $3.10 | $4.10 | $5.10 | $6.10 | $7.10 | $8.10 |
| 288 | 500 | $2.80 | $3.80 | $4.80 | $5.80 | $6.80 | $7.80 |

## About the printer



### Paper Root Printing Co

We Treat Every Shirt We Print Like It's Going To The Red Carpet!

No Info Provided

# EXHIBIT "S"

Case ID: 190509004



Case ID: 190509004



Case ID: 190509004



**Jiffy Shirts - Official Site | No Hassle Bulk Discounts**
Ad www.jiffyshirts.com/
We Have The Lowest Prices And The Fastest Delivery. Bulk Discounts Start At $89. Orders...

**Gildan T-shirts $1.45 in Bulk | Gildan Apparel Wholesale**
Ad www.bulkapparel.com/
Gildan Blank T-shirt wholesaler from $1.45 Gildan Sweatshirts Hoodies all colors & sizes

**Gildan G185 Adult Heavy Blend™ 8 oz., 50/50 ... - Jiffy Shirts**
https://www.jiffyshirts.com › gildan-G185
★★★★★ Rating: 4.8 - 3,908 reviews - $12.11 to $17.06 - In stock
Adult Unisex Heavy Blend™ 8 oz., 50/50 Hood. Gildan. Style : G185. Rating : ...... Recently
however, I've noticed that all these hoodies are pilling. I'm not sure if ...
Color: $12.11    Gray: $11.96
White: $10.37

**JiffyShirts.com: Brand is Gildan**
https://www.jiffyshirts.com › brand=Gildan

Case ID: 190509004

# EXHIBIT "T"

Case ID: 190509004

**Review Summary**



4.8 out of 5 stars

| | |
|---|---|
| 5 stars | 83% |
| 4 stars | 13% |
| 3 stars | 2% |
| 2 stars | 0% |
| 1 star | 0% |

**17,407**
reviews

**98**%
recommended

**Fit**

Too loose                     As expected                     Too tight

**Shrinkage**

Less                          As expected                          More

**Customization**



70% Heat transfer
14% Keep it blank
10% Screen printing
2% Embroidery
3% Other

**Primary Usage**



56% Personal use
13% Events
5% School
5% Team
3% Uniform
19% Other

**Product softness**

Very soft
Average
Rough

**Material Quality**

Excellent
As expected
Poor

**Product Durability**

Excellent
As expected
Poor

**Value for money**

Great
Fine
Poor

**Customer Reviews**

## Nice

★★★★★

from Keonna on Tue, Mar. 27, 2018



4.8 ★★★★★
Google
Customer Reviews

Case ID: 190509004

 128 orders
33 reviews

**Nice fit**

Was this review helpful?   Yes   No

# Once again... I am happy!



from Rikki on Fri, Mar. 23, 2018

 29 orders
24 reviews

**Love it!**

Was this review helpful?   Yes   No

📊 View review details

# Great product



from Gwendolyn on Sat, Mar. 17, 2018

 1 order
2 reviews

**Printing**

Was this review helpful?   Yes   No

📊 View review details

# Great shirts!



from Heather on Mon, Mar. 12, 2018

 92 orders
67 reviews

**Love!!!!**

Was this review helpful?   Yes   No

📊 View review details

# Perfect



from Brittany on Tue, Mar. 6, 2018

 86 orders
37 reviews

**awesome!**

Was this review helpful?   Yes   No

📊 View review details

# Great product



from Robert on Thu, Mar. 1, 2018

4.8 ★★★★★
Google
Customer Reviews

Case ID: 190509004



57 orders
87 reviews

good fit

Was this review helpful?   Yes   No

📊 View review details

## Grey
★★★★★
from Danielle on Sat, Jan. 27, 2018


16 orders
7 reviews

Loved it

Was this review helpful?   Yes   No

## Great T shirt
★★★★★
from Kelly on Sun, Jan. 14, 2018


246 orders
98 reviews

runs big

Was this review helpful?   Yes   No

📊 View review details

## Love the graphite heather!
★★★★★
from Dakota on Mon, Jan. 8, 2018


47 orders
19 reviews

Perfect!

Was this review helpful?   Yes   No

## Fast shipping
★★★★★
from Ashley on Thu, Jan. 4, 2018


194 orders
2 reviews

Love it!

Was this review helpful?   Yes   No

📊 View review details

## Good tee
★★★★★
from Roberto on Wed, Dec. 27, 2017


68 orders
38 reviews

4.8 ★★★★★
Google
Customer Reviews

Case ID: 190509004

good tee

Was this review helpful?　[ Yes ]　[ No ]

📊 View review details

## Great

★★★★★

from Andrea on Fri, Dec. 15, 2017

👤 79 orders
45 reviews

Love it!

Was this review helpful?　[ Yes ]　[ No ]

📊 View review details

## T-shirt

★★★★★

from Luz on Wed, Nov. 22, 2017

👤 29 orders
17 reviews

Good buy

Was this review helpful?　[ Yes ]　[ No ]

📊 View review details

## Good

★★★★☆

from Jennifer on Thu, Nov. 16, 2017

👤 63 orders
38 reviews

Good fit

Was this review helpful?　[ Yes ]　[ No ]

📊 View review details

## Awesome!

★★★★★

from Deborah on Tue, Oct. 24, 2017

👤 194 orders
189 reviews

Awesome!

Was this review helpful?　[ Yes ]　[ No ]

📊 View review details

## Good colors

★★★★★

from Tanesha on Mon, Oct. 23, 2017



4.8 ★★★★★
Google
Customer Reviews

Case ID: 190509004


33 orders
48 reviews

GOOD FIT

Was this review helpful? Yes No

📊 View review details

## Awesome

★★★★★

from Eboney on Sat, Sep. 23, 2017


167 orders
91 reviews

Loved it

Was this review helpful? Yes No

📊 View review details

## Dl;/c ,.cx

★★★★★

from Tynesha on Wed, Sep. 13, 2017


174 orders
69 reviews

fksx; x;

Was this review helpful? Yes No

📊 View review details

## Great products

★★★★★

from Deanthony on Mon, Sep. 11, 2017


53 orders
84 reviews

Flawless

Was this review helpful? Yes No

## GREAT BRAND

★★★★★

from Rondanika on Mon, Aug. 28, 2017


185 orders
114 reviews

favorite

Was this review helpful? Yes No

## Stack or starve

★★★★★

from Dominic on Sat, Aug. 19, 2017


6 orders
1 review

4.8 ★★★★★
Google
Customer Reviews

Case ID: 190509004

Business

Was this review helpful? Yes No

📊 View review details

## Great Tee!
★★★★★
from Amanda on Fri, Aug. 11, 2017

👤 77 orders
75 reviews

Perfect!

Was this review helpful? Yes No

📊 View review details

## Perfect
★★★★★
from Terra on Mon, July 31, 2017

👤 92 orders
1 review

Perfect

Was this review helpful? Yes No

📊 View review details

## Tshirt
★★★★☆
from Taylor on Sun, June 25, 2017

👤 113 orders
70 reviews

Good fit

Was this review helpful? Yes No

📊 View review details

## Tshirt
★★★★★
from Taylor on Sun, June 11, 2017

👤 113 orders
70 reviews

Good fit

Was this review helpful? Yes No

📊 View review details

## Durable
★★★★★
from Terrance on Mon, May 15, 2017



4.8 ★★★★★
Google
Customer Reviews

Case ID: 190509004



243 orders
86 reviews

Quality

Was this review helpful? [ Yes ] [ No ]

View review details

## Quality tee

★★★★★

from Angela on Fri, May 12, 2017

219 orders
152 reviews

good tee

Was this review helpful? [ Yes ] [ No ]

View review details

## Awesome

★★★★★

from Stephanie on Fri, Apr. 28, 2017

70 orders
16 reviews

Awesome

Was this review helpful? [ Yes ] [ No ]

View review details

## Satisfied customer

★★★★★

from Shataundia on Tue, Apr. 25, 2017

1 order
1 review

Perfect

Was this review helpful? [ Yes ] [ No ]

View review details

## Awesome!

★★★★★

from Deborah on Mon, Apr. 24, 2017

194 orders
189 reviews

Awesome!

Was this review helpful? [ Yes ] [ No ]

View review details

## Navy tee

★★★★★

4.8 ★★★★★
Google
Customer Reviews

Case ID: 190509004

from Jeniffer on Mon, Apr. 17, 2017

8 orders
6 reviews

#### Navy tee

Was this review helpful? Yes No

View review details

## Awesome!

★★★★★

from Deborah on Mon, Apr. 10, 2017

194 orders
189 reviews

Awesome!

Was this review helpful? Yes No

View review details

## Awesome

★★★★★

from Deborah on Mon, Mar. 27, 2017

194 orders
189 reviews

Awesome

Was this review helpful? Yes No

View review details

## Loving it

★★★★★

from Conkichi on Tue, Mar. 21, 2017

41 orders
7 reviews

Love it

Was this review helpful? Yes No

View review details

## Great TEE

★★★★★

from Jessica on Mon, Mar. 13, 2017

54 orders
26 reviews

BEST TEE

Was this review helpful? Yes No

View review details

## Awesome!

4.8 ★★★★★
Google
Customer Reviews

Case ID: 190509004

★★★★★

from Deborah on Thu, Mar. 9, 2017



194 orders
189 reviews

Awesome!

Was this review helpful?　Yes　No

View review details

## Great

★★★★★

from Melanie on Fri, Feb. 10, 2017

54 orders
32 reviews

monogram

Was this review helpful?　Yes　No

## Great

★★★★★

from Melanie on Fri, Feb. 10, 2017

54 orders
32 reviews

monogram

Was this review helpful?　Yes　No

## Awesome!

★★★★★

from Deborah on Mon, Feb. 6, 2017

194 orders
189 reviews

Awesome!

Was this review helpful?　Yes　No

View review details

## Great quality

★★★★★

from Kathryn on Fri, Feb. 3, 2017

20 orders
1 review

Perfect!

Was this review helpful?　Yes　No

View review details

## Heavy Cotton™ 5.3 oz. T-Shirt G500

★★★★★

from Sandee on Fri, Dec. 30, 2016





4.8 ★★★★★
Google
Customer Reviews

Case ID: 190509004



2 orders
5 reviews

Business

Was this review helpful?   Yes   No

View review details

# Awesome!

★★★★★

from Deborah on Thu, Dec. 29, 2016

194 orders
189 reviews

Awesome!

Was this review helpful?   Yes   No

View review details

# Awesome!

★★★★★

from Deborah on Tue, Dec. 27, 2016

194 orders
189 reviews

Awesome!

Was this review helpful?   Yes   No

View review details

# Excellent

★★★★★

from Marlon on Tue, Dec. 20, 2016

8 orders
1 review

Work use

Was this review helpful?   Yes   No

View review details

# Tees

★★★★★

from Helen on Thu, Oct. 27, 2016

59 orders
15 reviews

Good!!!!

Was this review helpful?   Yes   No

View review details

# Tshirt

★★★★★

4.8 ★★★★★
Google
Customer Reviews

Case ID: 190509004

from Cynthia on Thu, Oct. 20, 2016

👤 9 orders
2 reviews

love it

Was this review helpful?　Yes　No

📊 View review details

## Awesome!

☆☆☆☆☆

from Dale on Wed, Nov. 23, 2011

👤 1 order
1 review

Awesome!

Was this review helpful?　Yes　No

## Great!!!

★★★★★

from Rita on Wed, Nov. 23, 2011

👤 1 order
1 review

great!!!

Was this review helpful?　Yes　No

## Loved it

★★★★★

from Sandra on Wed, Nov. 23, 2011

👤 1 order
1 review

Loved it

Was this review helpful?　Yes　No

## All good

★★★★★

from Derick on Sun, June 6, 2010

👤 1 order
1 review

all good

Was this review helpful?　Yes　No

‹ Prev | 1 | 2 | … | 296 | 297 | 298 | 299 | 300 | 301 | 302 | 303 | 304 | Next ›

4.8 ★★★★★
Google
Customer Reviews

Case ID: 190509004

# EXHIBIT "U"

Case ID: 190509004

**Review Summary**



4.8 out of 5 stars

| 5 stars | 83% 4 stars | 13% 3 stars | 2% 2 stars | 0% 1 star |
|---|---|---|---|---|
| 0% | | | | |

# 17,407
reviews

# 98%
recommended

---

**Fit**

Too loose                                      As expected                                      Too tight

---

**Shrinkage**

Less                                           As expected                                           More

---

**Customization**



70% Heat transfer
14% Keep it blank
10% Screen printing
2% Embroidery
3% Other

---

**Primary Usage**



56% Personal use
13% Events
5% School
5% Team
3% Uniform
19% Other

---

**Product softness**

Very soft
Average
Rough

**Material Quality**

Excellent
As expected
Poor

---

**Product Durability**

Excellent
As expected
Poor

**Value for money**

Great
Fine
Poor

---

**Customer Reviews**

## Love the shirt



from Stacy on Thu, Apr. 20, 2017

4.8 ★★★★★
Google
Customer Reviews

Case ID: 190509004



1 order
8 reviews

Leisure

Was this review helpful?  Yes  No

View review details

## Awesome

★★★★★

from Deborah on Wed, Apr. 19, 2017

194 orders
189 reviews

Awesome

Was this review helpful?  Yes  No

View review details

## Awesome

★★★★★

from Deborah on Mon, Apr. 17, 2017

194 orders
189 reviews

Awesome

Was this review helpful?  Yes  No

View review details

## Tshirt

★★★★★

from Monica on Sat, Apr. 15, 2017

82 orders
24 reviews

Perfect

Was this review helpful?  Yes  No

View review details

## Love it!

★★★★★

from Chandra on Fri, Apr. 14, 2017

109 orders
12 reviews

Love it

Was this review helpful?  Yes  No

View review details

## Durable

★★★★★

4.8 ★★★★★
Google
Customer Reviews

Case ID: 190509004

from Ardeart on Mon, Apr. 10, 2017

243 orders
86 reviews

Quality

Was this review helpful?  Yes  No

View review details

## Awesome

★★★★★

from Deborah on Thu, Apr. 6, 2017

194 orders
189 reviews

Awesome

Was this review helpful?  Yes  No

View review details

## Great!

★★★★★

from Tonya on Wed, Apr. 5, 2017

1 order
2 reviews

I love!

Was this review helpful?  Yes  No

View review details

## Awesome

★★★★★

from Deborah on Tue, Apr. 4, 2017

194 orders
189 reviews

Awesome

Was this review helpful?  Yes  No

View review details

## AMAZING!

★★★★★

from Jessica on Tue, Apr. 4, 2017

6 orders
7 reviews

Awesome

Was this review helpful?  Yes  No

View review details

## Awesome

4.8 ★★★★★
Google
Customer Reviews

Case ID: 190509004

★★★★★

from Deborah on Thu, Mar. 30, 2017



194 orders
189 reviews

Awesome

Was this review helpful?  Yes  No

View review details

## Awesome

★★★★★

from Deborah on Fri, Mar. 24, 2017

194 orders
189 reviews

Awesome

Was this review helpful?  Yes  No

View review details

## Awesome

★★★★★

from Deborah on Sun, Mar. 19, 2017

194 orders
189 reviews

Awesome

Was this review helpful?  Yes  No

View review details

## Excellent

★★★★★

from Ardeart on Wed, Mar. 8, 2017



243 orders
86 reviews

Quality

Was this review helpful?  Yes  No

View review details

## Loved i!

★★★★★

from Ashley on Wed, Mar. 8, 2017

63 orders
47 reviews

love it

Was this review helpful?  Yes  No

View review details

4.8 ★★★★★
Google
Customer Reviews

Case ID: 190509004

## Awesome

★★★★★

from Deborah on Mon, Mar. 6, 2017

194 orders
189 reviews

Awesome

Was this review helpful?　Yes　No

View review details

## Nice

★★★★★

from Ardeart on Wed, Mar. 1, 2017

243 orders
86 reviews

Quality

Was this review helpful?　Yes　No

View review details

## Repeat customer

★★★★★

from Termica on Sun, Feb. 26, 2017

5 orders
5 reviews

Love it

Was this review helpful?　Yes　No

View review details

## Awesome

★★★★★

from Deborah on Thu, Feb. 23, 2017

194 orders
189 reviews

Awesome

Was this review helpful?　Yes　No

View review details

## Awesome

★★★★★

from Deborah on Wed, Feb. 15, 2017

194 orders
189 reviews

Awesome

Was this review helpful?　Yes　No

View review details

4.8 ★★★★★
Google
Customer Reviews

Case ID: 190509004

## Fast shipping. Great quality

★★★★★

from Camica on Sun, Jan. 29, 2017

146 orders
25 reviews

Love it

Was this review helpful? Yes No

View review details

## AWESOME

★★★★★

from Deborah on Thu, Jan. 12, 2017

194 orders
189 reviews

aWESOME

Was this review helpful? Yes No

View review details

## Awesome

★★★★★

from Deborah on Mon, Jan. 2, 2017

194 orders
189 reviews

Awesome

Was this review helpful? Yes No

View review details

## Red

★★★★★

from Rebekah on Sun, Dec. 18, 2016

6 orders
3 reviews

Awesome

Was this review helpful? Yes No

View review details

## Red

★★★★★

from Rebekah on Sun, Dec. 18, 2016

6 orders
3 reviews

Awesome

Was this review helpful? Yes No

View review details

4.8 ★★★★★
Google
Customer Reviews

Case ID: 190509004

### Quality

★★★★★

from Ardeart on Tue, Nov. 8, 2016

 243 orders
86 reviews

Quality

Was this review helpful?  Yes   No

📊 View review details

### Love this!!!

★★★★★

from Gabrielle on Mon, Oct. 24, 2016

👤 37 orders
6 reviews

Love it

Was this review helpful?  Yes   No

📊 View review details

### Useful

★★★★☆

from Pedro on Thu, Oct. 20, 2016

👤 25 orders
18 reviews

Good 😊

Was this review helpful?  Yes   No

📊 View review details

### Awesome

★★★★★

from Wallace on Mon, Dec. 19, 2011

👤 1 order
1 review

awesome

Was this review helpful?  Yes   No

### Love it

★★★★★

from Mica on Sun, Jan. 11, 2009

👤 1 order
1 review

Love it

Was this review helpful?  Yes   No

### Perfect

★★★★★

4.8 ★★★★★
Google
Customer Reviews

Case ID: 190509004

from Dick on Tue, Nov. 25, 2008

1 order
1 review

Perfect

Was this review helpful? Yes No

## Longer.

★★★★★

from Abbi on Fri, Nov. 21, 2008

1 order
1 review

Longer.

Was this review helpful? Yes No

## Satisfied

★★★★★

from Lateia on Fri, Apr. 12, 2019

11 orders
1 review

♡ ♡ ♡

Was this review helpful? Yes No

View review details

## Awesome

★★★★★

from Patricia on Wed, Jan. 30, 2019

6 orders
1 review

Awesoy

Was this review helpful? Yes No

View review details

## Happy

★★★★☆

from Naomi on Sat, Nov. 3, 2018

14 orders
4 reviews

Great!

Was this review helpful? Yes No

View review details

## Love

★★★★★

from Shaiha on Thu, Nov. 1, 2018

20 orders
8 reviews





Case ID: 190509004

Huhjjj



Was this review helpful? Yes No

 View review details

## Great

★★★★★

from Luz on Sat, Aug. 25, 2018

5 orders
1 review

Great!

Was this review helpful? Yes No

 View review details

## Great value!

★★★★★

from Nicole on Wed, July 25, 2018

121 orders
93 reviews

Great!

Was this review helpful? Yes No

 View review details

## Nice

★★★★★

from Ricardo on Wed, June 20, 2018

14 orders
13 reviews

thanks

Was this review helpful? Yes No

 View review details

## Great value!

★★★★★

from Nicole on Mon, May 7, 2018

121 orders
93 reviews

Great!

Was this review helpful? Yes No

 View review details

## Gildan shirts

4.8 ★★★★★
Google
Customer Reviews

Case ID: 190509004



★★★★★

from Paula on Sun, Apr. 1, 2018

38 orders
14 reviews

I have

Was this review helpful?   Yes   No

View review details

## Sport Grey

★★★★★

from Brandy on Tue, Mar. 20, 2018

90 orders
35 reviews

Custom

Was this review helpful?   Yes   No

View review details

## Great!

★★★★★

from Taylor on Wed, Feb. 21, 2018

10 orders
7 reviews

Great!

Was this review helpful?   Yes   No

View review details

## Excellent shirts

★★★★★

from Casi on Wed, Feb. 14, 2018

1 order
3 reviews

Great!

Was this review helpful?   Yes   No

View review details

## Nice affordable shirt.

★★★★★

from Rebecca on Sat, Jan. 6, 2018

7 orders
7 reviews

Great!

Was this review helpful?   Yes   No

## Great

4.8 ★★★★★
Google
Customer Reviews

Case ID: 190509004



★★★★★
from Katie on Fri, Dec. 1, 2017

16 orders
12 reviews

Great!

Was this review helpful? Yes No

View review details

## Shirts
★★★★★
from Lauren on Sun, Oct. 8, 2017

11 orders
12 reviews

Lovely

Was this review helpful? Yes No

View review details

## Jnj , ,
★★★★★
from Tynesha on Fri, Sep. 29, 2017

174 orders
69 reviews

lnlnkl

Was this review helpful? Yes No

View review details

## Great!
★★★★★
from Maria on Mon, Sep. 4, 2017

86 orders
164 reviews

Great!

Was this review helpful? Yes No

## Men's shirt
★★★★★
from Grenisha on Fri, Aug. 11, 2017

11 orders
3 reviews

Great!

Was this review helpful? Yes No

View review details

‹ Prev  1  2  …  299  300  301  302  303  304  Next ›

4.8 ★★★★★
Google
Customer Reviews

Case ID: 190509004

Case ID: 190509004

# Exhibit C

**FILED**

01 NOV 2019 09:25 am

**Civil Administration**

C. KEENAN

**DOCKETED**

JAN 1 5 2020

R. POSTELL
**COMMERCE PROGRAM**

**PRINTFLY CORPORATION**
**d/b/a RushOrderTees.com**
2727 Commerce Way
Philadelphia, PA 19154

     *Plaintiff*

  v.

**DEKEO INC. d/b/a JiffyShirts.com**
1000 N. West Street, Suite 1200
Wilmington, DE 19801

     *Defendant*

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY,
PENNSYLVANIA

No. 190509004

**COMMERCE PROGRAM**

**NON-JURY**

**ORDER**

**AND NOW**, on this _15_ day of _January_, ~~2019~~ 2020, upon consideration of

Plaintiff's Motion for Leave to File Amended Complaint, any opposition thereto, it is hereby

**ORDERED** that said Motion is **GRANTED** and Plaintiff is granted leave to file the Amended

Complaint attached to Plaintiff's Motion as Exhibit "1" (including the exhibits that were omitted

for the purpose of this Motion and for brevity).

          **BY THE COURT:**

          _____ J.

Printfly Corp Vs Deekeo-ORDER

19050900400024

Case ID: 190509004
Control No.: 19110063

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically. Notice of this filing will be sent to parties registered with the Court's electronic filing system and is accessible through the Court's electronic filing system.

The undersigned further certifies that a copy of the foregoing will be served on the following parties via First Class Mail on today's date as follows:

Gavin P. Lentz, Esquire
Anton Kaminsky, Esquire
BOCHETTO & LENTZ, P.C.
1524 Locust Street
Philadelphia, PA 19102

*Attorneys for Plaintiff*


/s/ Larry M. Keller
Larry M. Keller, Esquire
Sidkoff, Pincus & Green, P.C.
1101 Market Street, Suite 2700
Philadelphia, PA 19107
(215) 574-0600
lmk@sidkoffpincusgreen.com

Dated: February 10, 2020                          *Attorney for Defendants*