## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PRINTFLY CORPORATION d/b/a** | : | |
| **RUSHORDERTEES.COM,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **DEKEO INC.** *et al.,* | : | **No. 20-732** |
| *Defendants* | : | |

## O R D E R

**AND NOW**, this _16th_ day of June, 2020, upon consideration of Plaintiff's Motion to Seal Case (Doc. No. 9) and Defendants' Response in Support (Doc. No. 10), it is **ORDERED** that the Motion (Doc. No. 9) is **DENIED WITHOUT PREJUDICE** for the reasons set forth in the accompanying Memorandum. Plaintiff shall have 30 days from the date of this Order to file a renewed motion to seal, if by doing so the grounds for denial as addressed in the Memorandum can be cured in whole or in part.

BY THE COURT:

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**