IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PRINTFLY CORPORATION d/b/a** <br> **RUSHORDERTEES.COM,** <br> *Plaintiff* | : <br> : <br> : <br> : | **CIVIL ACTION** |
| v. | : <br> : | |
| **DEKEO INC.** *et al.*, <br> *Defendants* | : <br> : | No. 20-732 |

## ORDER

**AND NOW**, this 24th day of June, 2020, it having been reported that the issues among the parties in the above action have been settled and that the parties do not intend to refile the motion to seal, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that:

1. The Motion to Dismiss (Doc. No. 3) is **DEEMED MOOT**;

2. The above action is **DISMISSED WITH PREJUDICE**, pursuant to agreement of counsel without costs; and

3. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

_____
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**